**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS WELFARE AND )
PENSION FUNDS, )
                                )
           Plaintiffs, )
                                ) Case No.:
      v. )
                                  ) Judge
                                  )
FRANCISCO ENTERPRISES, INC. ) Magistrate Judge
an Illinois corporation )
FRANCISCO J. ESPARZA, Individually, )
LUIS E. ESPARZA, Individually, )
                                  )
           Defendants. )

## COMPLAINT

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds"), by their attorneys, John J. Toomey, of Arnold and Kadjan, LLP complain against Defendants, FRANCISCO ENTERPRISES, INC., an Illinois corporation, FRANCISCO J. ESPARZA, Individually and LUIS E. ESPARZA, Individually as follows:

### JURISDICTION AND VENUE

1.      (a)     Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended, upon Section 301 of the Labor Management Relations Act, 29 U.S.C. Section 185 and upon this Court's supplemental jurisdiction under 28 U.S.C., Section 1367.

            (b)     Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the Funds as described in Paragraph 2, are administered.

## PARTIES

2.  (a)  Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds") and have standing to sue pursuant to 29 U.S.C. 1132(a)(3).

(b)  The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to trust agreements and are funded through employer contributions required by collective bargaining agreements previously entered into between the International Brotherhood of Teamsters and its affiliated locals ("the Union") and Employers;

(c)  The Funds are maintained and administered in this judicial district in accordance with and pursuant to the provisions of ERISA the National Labor Relations Act, as amended, and other applicable state and federal laws, and also pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds.

3.  (a)  FRANCISCO ENTERPRISES, INC., an Illinois corporation from September 1, 2016 through November 30, 2023, employs employees represented by the Union and is bound to make contributions for weeks worked by all employees and upon subcontractors who perform work which would otherwise be performed by its employees.

(b)  FRANCISCO ENTERPRISES, INC., maintains its principal place of business at Oswego, Illinois.

(c)  FRANCISCO ENTERPRISES, INC., is an employer engaged in an industry affecting commerce.

2

4. Effective June 1, 2015 FRANCISCO ENTERPRISES, INC., entered into an Area Wide Material Hauling Agreement with Teamsters 673, as confirmed with the Local, which bound it to the terms stated in the Area Wide Material Hauling Agreements that are effective for the period from June 1, 2015 through May 31, 2019 and as extended through the present, which requires contributions to the Funds pursuant to 29 U.S.C. 1145 (Exhibit A). FRANCISCO ENTERPRISES, INC., has not sent a notice of termination.

## COUNT I

### FRANCISCO ENTERPRISES, INC., an Illinois corporation
### September 1, 2016 through November 30, 2023 Audit Period

5. Pursuant to the collective bargaining agreements between FRANCISCO ENTERPRISES, INC., and the Union, FRANCISCO ENTERPRISES, INC., failed and continues to fail to make its obligated contributions to the Fund for the period September 1, 2016 through November 30, 2023 as disclosed in a records review on January 5, 2024 (Exhibit B).

6. The audit review disclosed $171,210.44 due the Welfare Fund and $125,150.45 due the Pension Fund for a total of $296,360.89.

7. On March 12, 2024 the corporation entered into an installment note with the Suburban Teamsters of Northern Illinois Pension Fund for the principal amount of $125,150.45 due under the audit. After payments pursuant to the installment note there remains a total balance including interest remaining of $8,663.14 for the payment of delinquent benefit contributions (Exhibit C).

8. On March 12, 2024 the corporation entered into an installment note with the Suburban Teamsters of Northern Illinois Welfare Fund for the principal amount of $171,210.44 due under the audit. After payments pursuant to the installment note there remains a total balance

including interest remaining of $12,748.64 for the payment of delinquent benefit contributions (Exhibit D).

9.      The notes acknowledge on their face that they are written agreements and constitute instruments in writing upon which contributions are due pursuant to 29 U.S.C. 1145.

10.     Notice of Default and Opportunity to Cure (Exhibit E) was extended but the installment notes remain in default.

WHEREFORE, Plaintiff, prays for judgment against the Defendant, FRANCISCO ENTERPRISES, INC., an Illinois corporation, as follows:

A.      The Court enter judgment in favor of the Plaintiff Pension Fund and against FRANCISCO ENTERPRISES, INC., an Illinois corporation, in the amount of $8,663.14, the remaining amount due under the audit and the accelerated outstanding balance due on the Pension installment note (Exhibit C).

B.      The Court enter judgment in favor of the Plaintiff Welfare Fund and against FRANCISCO ENTERPRISES, INC., an Illinois corporation, in the amount of $12,748.64, the remaining amount due under the audit and the accelerated outstanding balance due on the Welfare installment note (Exhibit D).

C.      The Court grant the Funds all relief permitted under 29 U.S.C. 1132(g)(2) including liquidated damages, interest and reasonable attorneys' fees and cost of collection.

D.      The Court, pursuant to the terms of the notes, grant the Funds the principal amount of the pension and welfare notes plus interest and all reasonable costs of collection, including reasonable attorneys' fees.

E.      The Court grant the Plaintiff Funds injunctive relief to prevent disbursement of assets or payment of other creditors prior to payment of current delinquent and note payments.

## COUNT II

### FRANCISCO J. ESPARZA, Individually
### September 1, 2016 through November 30, 2023 Audit Period

1.      This Count arises from a common nucleus of operative fact with Count I and is pendent thereto.  This Court has supplemental jurisdiction pursuant to 28 U.S.C. Section 1367.

2-10.    Plaintiff restates and realleges Paragraphs 2-10 of the Parties section and of Count I as Paragraphs 2-10 of Count II as if fully set forth herein.

11.      FRANCISCO J. ESPARZA signed the Pension promissory note, described in Paragraph 7 of Count I, individually in his personal capacity, as an additional maker on the note (Exhibit C).  FRANCISCO J. ESPARZA is an adult, suffers from no mental infirmities and is literate.

12.      FRANCISCO J. ESPARZA signed the Welfare promissory note described in Paragraph 8 of Count I, individually in his personal capacity, as an additional maker on the note (Exhibit D).  FRANCISCO J. ESPARZA is an adult, suffers from no mental infirmities and is literate.

13.      The Defendant corporation lacks the present ability to pay its fringe benefit debt and demand has been made for payment.

14.      The remaining balance due the Pension Fund on the note is $8,663.14  plus interest and attorneys' fees and cost of collection as provided in the terms of the note.

15.      The remaining balance due the Welfare Fund on the note is $12,748.64 plus interest and attorneys' fees and cost of collection as provided in the terms of the note.

18.      FRANCISCO J. ESPARZA, Individually as co-maker and guarantor on the notes is personally liable for the debt.

5

WHEREFORE, Plaintiff prays for judgment against FRANCISCO J. ESPARZA, Individually as follows:

A.      The Court enter judgment in favor of the Plaintiff Pension Fund and against FRANCISCO J. ESPARZA, in the amount of $8,663.14 the accelerated outstanding balance due on the Pension installment note (Exhibit C).

B.      The Court enter judgment in favor of the Plaintiff Welfare Fund and against FRANCISCO J. ESPARZA, in the amount of $12,748.64 the accelerated outstanding balance due on the Welfare installment note (Exhibit D).

C.      That the Court pursuant to the terms of the promissory notes grant the Plaintiff Funds the principal amount of the note plus interest and all reasonable costs of collection including reasonable attorneys' fees.

D.      That the Court grant such other relief as is appropriate under the circumstances.

## COUNT III

### LUIS E. ESPARZA, Individually
### September 1, 2016  through November 30, 2023 Audit Period

1.      This Count arises from a common nucleus of operative fact with Count I and is pendent thereto.  This Court has supplemental jurisdiction pursuant to 28 U.S.C. Section 1367.

2-10.   Plaintiff restates and realleges Paragraphs 2-10 of the Parties section and of Count I as Paragraphs 2-10 of Count II as if fully set forth herein.

11.     LUIS E. ESPARZA signed the Pension promissory note, described in Paragraph 7 of Count I, individually in his personal capacity, as an additional maker on the note (Exhibit C). LUIS E. ESPARZA is an adult, suffers from no mental infirmities and is literate.

6

12. LUIS E. ESPARZA signed the Welfare promissory note described in Paragraph 8 of Count I, individually in his personal capacity, as an additional maker on the note (Exhibit D). LUIS E. ESPARZA is an adult, suffers from no mental infirmities and is literate.

13. The Defendant corporation lacks the present ability to pay its fringe benefit debt and demand has been made for payment.

14. The remaining balance due the Pension Fund on the note is $8,663.14 plus interest and attorneys' fees and cost of collection as provided in the terms of the note.

15. The remaining balance due the Welfare Fund on the note is $12,748.64 plus interest and attorneys' fees and cost of collection as provided in the terms of the note.

18. LUIS E. ESPARZA, Individually as co-maker and guarantor on the notes is personally liable for the debt.

WHEREFORE, Plaintiff prays for judgment against LUIS E. ESPARZA, Individually as follows:

A. The Court enter judgment in favor of the Plaintiff Pension Fund and against LUIS E. ESPARZA, in the amount of $8,663.14 the accelerated outstanding balance due on the Pension installment note (Exhibit C).

B. The Court enter judgment in favor of the Plaintiff Welfare Fund and against LUIS E. ESPARZA, in the amount of $12,748.64 the accelerated outstanding balance due on the Welfare installment note (Exhibit D).

C. That the Court pursuant to the terms of the promissory notes grant the Plaintiff Funds the principal amount of the note plus interest and all reasonable costs of collection including reasonable attorneys' fees.

D. That the Court grant such other relief as is appropriate under the circumstances.

7

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

By: _____
One of Its Attorneys

John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive
Suite 600
Chicago, Illinois 60601
(312) 236-0415

8

# EXHIBIT A

# ORIGINAL

THE

AREA WIDE MATERIAL HAULING AGREEMENT

BETWEEN

TEAMSTERS LOCAL 673

*Francisco Enterprise's, Inc.*

EFFECTIVE JUNE 1, 2015 THROUGH MAY 31, 2019



1

## ARTICLE 39
### DURATION AND TERMINATION

**39.1** THIS AGREEMENT SHALL BECOME EFFECTIVE ON JUNE 1, 2015 AND SHALL REMAIN IN FULL FORCE AND EFFECT UNTIL AND INCLUDING MAY 31, 2019. AFTER MAY 31, 2019, THIS AGREEMENT SHALL BE RENEWED AUTOMATICALLY FOR PERIODS OF ONE (1) YEAR UNLESS EITHER THE EMPLOYER OR THE UNION GIVES WRITTEN NOTICE TO THE OTHER OF A DESIRE TO MODIFY, AMEND OR TERMINATE SAME AT LEAST SIXTY (60) DAYS PRIOR TO THE EXPIRATION OF ANY SUCH PERIOD.

THE COMPANY AND THE UNION AGREE TO MEET FOR NEGOTIATIONS OF DRUG LANGUAGE, TO BE ATTACHED TO THIS AGREEMENT.

**IN WITNESS WHEREOF** THE PARTIES HAVE HEREUNTO SET THEIR HANDS THIS _____ DAY OF _____, _____.

FOR THE EMPLOYER:

FRANCISCO ENTERPRISES INC.

_____
SIGNATURE

PRESIDENT
TITLE

1388 CHILSON A
ADDRESS

Yorkville IL 60560

630-673-6598
PHONE #

FOR THE UNION:

_____
TIMOTHY L. CUSTER
SECRETARY-TREASURER&
PRINCIPAL OFFICER
TEAMSTERS LOCAL 673
1050 W. ROOSEVELT RD.
WEST CHICAGO, IL 60185
630) 231-6660




GENERAL TEAMSTERS, CHAUFFEURS, SALESDRIVERS
AND HELPERS, LOCAL UNION NO. 673,
ALL OF DUPAGE COUNTY AND ALL OF KANE
COUNTY SOUTH OF ROOSEVELT ROAD, ILLINOIS

AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS

TIMOTHY L. CUSTER    Secretary-Treasurer Principal Officer

# MEMORANDUM OF UNDERSTANDING

☑    PREFERED PENSION PLAN

☐    DEFAULT/BASE PENSION PLAN

**FOR THE EMPLOYER:**

_Francisco Enterprises Inc._
**COMPANY**

_1388 crimson la_
**ADDRESS**

_Yorkville FL 60560_
**CITY, STATE, ZIP**

_Francisco Leppuya_
**Signature**

_President_
**Title**

_09-11-15_
**Date**

**FOR THE UNION:**

TEAMSTERS LOCAL 673
1050 W. Roosevelt Rd.
West Chicago, IL. 60185

Timothy L. Custer
Secretary-Treasurer &
Principal Officer

_6/1/15_
**Date**

TLC/du

1050 W. Roosevelt Rd.   West Chicago, Illinois 60185   Phone (630) 231-6660   Fax (630) 231-6168

42-L

# Area Wide Material Hauling Agreement
## For Owner/Drivers Between
## Teamsters Local 673
## Effective January 1, 2015 through MAY 31, 2019

That this **Addendum** is a modification to Article 4.2, Subcontractors, of the Area Wide Material Hauling Agreement and shall supercede and control in the event of a conflict regarding welfare and pension contribution rates for subcontracted work.

## Article 10 – Health & Welfare:

| | |
|---|---|
| Effective 1/1/15 | $315 per week |
| Effective 6/1/16 | To be allocated by the Union by its sole discretion from its current economic package. |
| Effective 6/1/17 | To be allocated by the Union by its sole discretion from its current economic package. |
| Effective 6/1/18 | To be allocated by the Union by its sole discretion from its current economic package. |

## Article 11 – Pension:

| | |
|---|---|
| Effective 6/1/15 | $205.00 per week (minimum) |
| Effective 6/1/16 | To be allocated by the Union by its sole discretion from its current economic package. |
| Effective 6/1/17 | To be allocated by the Union by its sole discretion from its current economic package. |
| Effective 6/1/18 | To be allocated by the Union by its sole discretion from its current economic package. |

## Pension:

It is agreed that owner operators may elect a reduced pension rate of $205.00 per week starting 6/1/2015. The starting rate will be $205.00, unless negotiated higher. All other increases will come out of total allocation package.

It is also agreed to accept the Suburban Teamsters preferred pension plan.

**EMPLOYERS**:

Firm: _Francisco Enterprises Inc._

Address: _1388 Crimson Ln_

City, State, Zip: _Yorkville IL 60560_

Telephone: _630-673-6598_

Signature and Title          _Francisco J Esparza_
                                            (Print)

_PRESIDENT_

_Francisco J Esparza_

Signature          (Sign)

**FOR THE UNION**:

Teamsters Local 673
1050 W. Roosevelt Rd.
West Chicago, IL 60185
(630) 231-6660

Timothy L. Custer
Secretary Treasurer &
Principal Officer

*UPDATED 5/7/2015 DU*

# EXHIBIT B

Page 1 of 1

**Employer Name: Francisco Enterprises Inc**
**Address:** 27 Baseline Rd / Oswego IL 60560

ER# 5189
LOCAL: 673

Phone: (630) 673 6598
Contact: Luis Esparza

Review Date: 01/05/2024

Period Covered: July 1, 2022 through November 30, 2023

| Name | | Soc Sec No | Work Month | Welfare Weeks/Hrs | Pension Weeks | Weekly/Hrly Welfare Rate | Weekly Pension Rate | Amount Due Welfare | Amount Due Pension | Employer Number |
|---|---|---|---|---|---|---|---|---|---|---|
| FRANCISCO | ESPARZA | | Jul-22 | 1.00 | 1.00 | $ 429.00 | $ 325.00 | $ 429.00 | $ 325.00 | 5189 |
| GABRIEL | ESPARZA | | Jul-22 | 1.00 | 1.00 | $ 429.00 | $ 325.00 | $ 429.00 | $ 325.00 | 5189 |
| LUIS | ESPARZA | | Jul-22 | 1.00 | 1.00 | $ 429.00 | $ 325.00 | $ 429.00 | $ 325.00 | 5189 |
| ROBERTO | PADILLA | | Jul-22 | 1.00 | 1.00 | $ 429.00 | $ 325.00 | $ 429.00 | $ 325.00 | 5189 |
| JESUS | MARTINEZ | | Sep-22 | 4.00 | 4.00 | $ 429.00 | $ 325.00 | $ 1,716.00 | $ 1,300.00 | 5189 |
| MIGUEL | CAMARENA | | Sep-22 | 4.00 | 4.00 | $ 429.00 | $ 325.00 | $ 1,716.00 | $ 1,300.00 | 5189 |
| FRANCISCO | ESPARZA | | Oct-22 | 5.00 | 5.00 | $ 429.00 | $ 325.00 | $ 2,145.00 | $ 1,625.00 | 5189 |
| GABRIEL | ESPARZA | | Oct-22 | 5.00 | 5.00 | $ 429.00 | $ 325.00 | $ 2,145.00 | $ 1,625.00 | 5189 |
| JESUS | MARTINEZ | | Oct-22 | 5.00 | 5.00 | $ 429.00 | $ 325.00 | $ 2,145.00 | $ 1,625.00 | 5189 |
| LUIS | ESPARZA | | Oct-22 | 5.00 | 5.00 | $ 429.00 | $ 325.00 | $ 2,145.00 | $ 1,625.00 | 5189 |
| MIGUEL | CAMARENA | | Oct-22 | 5.00 | 5.00 | $ 429.00 | $ 325.00 | $ 2,145.00 | $ 1,625.00 | 5189 |
| ROBERTO | PADILLA | | Oct-22 | 5.00 | 5.00 | $ 429.00 | $ 325.00 | $ 2,145.00 | $ 1,625.00 | 5189 |
| FRANCISCO | ESPARZA | | Nov-22 | 4.00 | 4.00 | $ 429.00 | $ 325.00 | $ 1,716.00 | $ 1,300.00 | 5189 |
| GABRIEL | ESPARZA | | Nov-22 | 4.00 | 4.00 | $ 429.00 | $ 325.00 | $ 1,716.00 | $ 1,300.00 | 5189 |
| JESUS | MARTINEZ | | Nov-22 | 4.00 | 4.00 | $ 429.00 | $ 325.00 | $ 1,716.00 | $ 1,300.00 | 5189 |
| MIGUEL | CAMARENA | | Nov-22 | 4.00 | 4.00 | $ 429.00 | $ 325.00 | $ 1,716.00 | $ 1,300.00 | 5189 |
| ROBERTO | PADILLA | | Nov-22 | 4.00 | 4.00 | $ 429.00 | $ 325.00 | $ 1,716.00 | $ 1,300.00 | 5189 |
| FRANCISCO | ESPARZA | | Apr-23 | 5.00 | 5.00 | $ 429.00 | $ 325.00 | $ 2,145.00 | $ 1,625.00 | 5189 |
| GABRIEL | ESPARZA | | Apr-23 | 5.00 | 5.00 | $ 429.00 | $ 325.00 | $ 2,145.00 | $ 1,625.00 | 5189 |
| JESUS | MARTINEZ | | Apr-23 | 5.00 | 5.00 | $ 429.00 | $ 325.00 | $ 2,145.00 | $ 1,625.00 | 5189 |
| MIGUEL | CAMARENA | | Apr-23 | 5.00 | 5.00 | $ 429.00 | $ 325.00 | $ 2,145.00 | $ 1,625.00 | 5189 |
| ROBERTO | PADILLA | | Apr-23 | 5.00 | 5.00 | $ 429.00 | $ 325.00 | $ 2,145.00 | $ 1,625.00 | 5189 |
| FRANCISCO | ESPARZA | | Oct-23 | 4.00 | 4.00 | $ 449.00 | $ 341.00 | $ 1,796.00 | $ 1,364.00 | 5189 |
| GABRIEL | ESPARZA | | Oct-23 | 4.00 | 4.00 | $ 449.00 | $ 341.00 | $ 1,796.00 | $ 1,364.00 | 5189 |
| JESUS | MARTINEZ | | Oct-23 | 4.00 | 4.00 | $ 449.00 | $ 341.00 | $ 1,796.00 | $ 1,364.00 | 5189 |
| MIGUEL | CAMARENA | | Oct-23 | 4.00 | 4.00 | $ 449.00 | $ 341.00 | $ 1,796.00 | $ 1,364.00 | 5189 |
| ROBERTO | PADILLA | | Oct-23 | 4.00 | 4.00 | $ 449.00 | $ 341.00 | $ 1,796.00 | $ 1,364.00 | 5189 |
| FRANCISCO | ESPARZA | | Nov-23 | 4.00 | 4.00 | $ 449.00 | $ 341.00 | $ 1,796.00 | $ 1,364.00 | 5189 |
| GABRIEL | ESPARZA | | Nov-23 | 4.00 | 4.00 | $ 449.00 | $ 341.00 | $ 1,796.00 | $ 1,364.00 | 5189 |
| JESUS | MARTINEZ | | Nov-23 | 4.00 | 4.00 | $ 449.00 | $ 341.00 | $ 1,796.00 | $ 1,364.00 | 5189 |
| MIGUEL | CAMARENA | | Nov-23 | 4.00 | 4.00 | $ 449.00 | $ 341.00 | $ 1,796.00 | $ 1,364.00 | 5189 |
| ROBERTO | PADILLA | | Nov-23 | 4.00 | 4.00 | $ 449.00 | $ 341.00 | $ 1,796.00 | $ 1,364.00 | 5189 |

Total UNPAID Contributions: $ 55,283.00   $ 41,915.00

Liquidated Damages 10% UNPAID Contributions over 1 mo. Late ): $ 5,528.30   $ 4,191.50

**Late Payment Interest .5% per mo. on UNPAID Contributions:**

| Work Month | Amount Due Welfare | % Int. | Int Due Welfare | Amount Due Pension | % Int. | Int Due Pension |
|---|---|---|---|---|---|---|
| Jul-22 | $ 1,716.00 | 9.50% | $ 163.02 | $ 1,300.00 | 9.50% | $ 123.50 |
| Sep-22 | $ 3,432.00 | 8.50% | $ 291.72 | $ 2,600.00 | 8.50% | $ 221.00 |
| Oct-22 | $12,870.00 | 8.00% | $ 1,029.60 | $ 9,750.00 | 8.00% | $ 780.00 |
| Nov-22 | $ 8,580.00 | 7.50% | $ 643.50 | $ 6,500.00 | 7.50% | $ 487.50 |
| Apr-23 | $10,725.00 | 5.00% | $ 536.25 | $ 8,125.00 | 5.00% | $ 406.25 |
| Oct-23 | $ 8,980.00 | 2.00% | $ 179.60 | $ 6,820.00 | 2.00% | $ 136.40 |
| Nov-23 | $ 8,980.00 | 1.50% | $ 134.70 | $ 6,820.00 | 1.50% | $ 102.30 |

Total Late Payment Interest Unpaid Contributions: $ 2,978.39   $ 2,256.95

Total Due Unpaid Contributions + Liq. Damages + Late Interest: $ 63,789.69   $ 48,363.45

**Paid Contributions Discrepancies**

| | | | WELFARE | | PENSION |
|---|---|---|---|---|---|
| Jun-23 | Rate Increase June 2023 | | $ 400.00 | $ | 320.00 |

**Paid Contributions Interest and Liquidated Damages**

| | | | WELFARE | | PENSION |
|---|---|---|---|---|---|
| Jul-22 | Contributions received September 2022 - Interest | | $ 34.32 | $ | 26.00 |
| Sep-22 | Contributions received January 2023 - Interest | | $ 102.96 | $ | 78.00 |
| Sep-22 | Contributions received January 2023 - LD | | $ 686.40 | $ | 520.00 |
| May-23 | Contributions received August 2023 - Interest | | $ 85.80 | $ | 65.00 |
| May-23 | Contributions received August 2023 - LD | | $ 858.00 | $ | 650.00 |
| Jun-23 | Contributions received August 2023 - Interest | | $ 42.90 | $ | 32.50 |
| Jul-23 | Contributions received October 2023 - Interest | | $ 112.25 | $ | 85.25 |
| Jul-23 | Contributions received October 2023 - LD | | $ 1,122.50 | $ | 852.51 |
| Aug-23 | Contributions received November 2023 - Interest | | $ 89.80 | $ | 68.20 |
| Aug-23 | Contributions received November 2023 - LD | | $ 898.00 | $ | 682.00 |
| Sep-23 | Contributions received November 2023 - Interest | | $ 56.13 | $ | 42.63 |

Total Late Due on Paid Contributions: $ 4,489.06   $ 3,422.09

TOTAL AMOUNT DUE ER # 5189   $ 68,278.75   $ 51,785.54

Page 1 of 4

**Employer Name: Francisco Enterprises, Inc.**
**Address: 27 Baseline Rd Oswego, IL 60543**

**ER# 5189**
**LOCAL: 673**

Phone: 630-673-6598
Contact: Luis Esparza

Audit Date: 05/26/2022      Period Covered: September 1, 2016 to June 30, 2022

Error Code Descriptions
A) Included all weeks during April-November season.  Minimal records provided.

| Name | | Soc Sec No | Error Code | Work Month | Welfare Weeks/Hrs | Pension Weeks/Hrs | Weekly/Hrly Welfare Rate | | Weekly Pension Rate | | Amount Due Welfare | | Amount Due Pension | | Employer Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ESPARZA | FRANCISCO | | A | Sep-16 | 4.00 | 4.00 | $ | 331.00 | $ | 218.60 | $ | 1,324.00 | $ | 874.40 | 5189 |
| ESPARZA | GABRIEL | | A | Sep-16 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| ESPARZA | LUIS | | A | Sep-16 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | Sep-16 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Oct-16 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| ESPARZA | LUIS | | A | Oct-16 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | Oct-16 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Nov-16 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| ESPARZA | LUIS | | A | Nov-16 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | Nov-16 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| ESPARZA | FRANCISCO | | A | Apr-17 | 5.00 | 5.00 | $ | 331.00 | $ | 218.60 | $ | 1,655.00 | $ | 1,093.00 | 5189 |
| ESPARZA | GABRIEL | | A | Apr-17 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| ESPARZA | LUIS | | A | Apr-17 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | Apr-17 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | May-17 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| ESPARZA | LUIS | | A | May-17 | 4.00 | 4.00 | $ | 331.00 | $ | 218.60 | $ | 1,324.00 | $ | 874.40 | 5189 |
| PADILLA | ROBERTO | | A | May-17 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Jun-17 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | Jun-17 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Jul-17 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | Jul-17 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Aug-17 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | Aug-17 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Sep-17 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| ESPARZA | LUIS | | A | Sep-17 | 5.00 | 5.00 | $ | 347.00 | $ | 231.40 | $ | 1,735.00 | $ | 1,157.00 | 5189 |
| PADILLA | ROBERTO | | A | Sep-17 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Oct-17 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| ESPARZA | LUIS | | A | Oct-17 | 4.00 | 4.00 | $ | 347.00 | $ | 231.40 | $ | 1,388.00 | $ | 925.60 | 5189 |
| PADILLA | ROBERTO | | A | Oct-17 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Nov-17 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| ESPARZA | LUIS | | A | Nov-17 | 4.00 | 4.00 | $ | 347.00 | $ | 231.40 | $ | 1,388.00 | $ | 925.60 | 5189 |
| PADILLA | ROBERTO | | A | Nov-17 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| ESPARZA | FRANCISCO | | A | Apr-18 | 4.00 | 4.00 | $ | 347.00 | $ | 231.40 | $ | 1,388.00 | $ | 925.60 | 5189 |
| ESPARZA | GABRIEL | | A | Apr-18 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| ESPARZA | LUIS | | A | Apr-18 | 4.00 | 4.00 | $ | 347.00 | $ | 231.40 | $ | 1,388.00 | $ | 925.60 | 5189 |
| PADILLA | ROBERTO | | A | Apr-18 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | May-18 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | May-18 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Jun-18 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | Jun-18 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Jul-18 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | Jul-18 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Aug-18 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | Aug-18 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Sep-18 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | Sep-18 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Oct-18 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | Oct-18 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Nov-18 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | Nov-18 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| ESPARZA | FRANCISCO | | A | Apr-19 | 4.00 | 4.00 | $ | 363.00 | $ | 247.40 | $ | 1,452.00 | $ | 989.60 | 5189 |
| ESPARZA | GABRIEL | | A | Apr-19 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| ESPARZA | LUIS | | A | Apr-19 | 4.00 | 4.00 | $ | 363.00 | $ | 247.40 | $ | 1,452.00 | $ | 989.60 | 5189 |
| PADILLA | ROBERTO | | A | Apr-19 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | May-19 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | May-19 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Jun-19 | 0.00 | 0.00 | $ | 379.00 | $ | 263.40 | $ | - | $ | - | 5189 |

Page 2 of 4

**Employer Name: Francisco Enterprises, Inc.**
**Address: 27 Baseline Rd Oswego, IL 60543**

**ER# 5189**
**LOCAL: 673**

Phone: 630-673-6598
Contact: Luis Esparza

Audit Date: 05/26/2022

Period Covered: September 1, 2016 to June 30, 2022

Error Code Descriptions
A) Included all weeks during April-November season. Minimal records provided.

| Name | | Soc Sec No | Error Code | Work Month | Welfare Weeks/Hrs | Pension Weeks/Hrs | Weekly/Hrly Welfare Rate | Weekly Pension Rate | Amount Due Welfare | Amount Due Pension | Employer Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PADILLA | ROBERTO | | A | Jun-19 | 0.00 | 0.00 | $ 379.00 | $ 263.40 | $ - | $ - | 5189 |
| ESPARZA | GABRIEL | | A | Jul-19 | 0.00 | 0.00 | $ 379.00 | $ 263.40 | $ - | $ - | 5189 |
| PADILLA | ROBERTO | | A | Jul-19 | 0.00 | 0.00 | $ 379.00 | $ 263.40 | $ - | $ - | 5189 |
| ESPARZA | GABRIEL | | A | Aug-19 | 0.00 | 0.00 | $ 379.00 | $ 263.40 | $ - | $ - | 5189 |
| PADILLA | ROBERTO | | A | Aug-19 | 0.00 | 0.00 | $ 379.00 | $ 263.40 | $ - | $ - | 5189 |
| ESPARZA | GABRIEL | | A | Sep-19 | 0.00 | 0.00 | $ 379.00 | $ 263.40 | $ - | $ - | 5189 |
| PADILLA | ROBERTO | | A | Sep-19 | 0.00 | 0.00 | $ 379.00 | $ 263.40 | $ - | $ - | 5189 |
| ESPARZA | GABRIEL | | A | Oct-19 | 0.00 | 0.00 | $ 379.00 | $ 263.40 | $ - | $ - | 5189 |
| PADILLA | ROBERTO | | A | Oct-19 | 0.00 | 0.00 | $ 379.00 | $ 263.40 | $ - | $ - | 5189 |
| ESPARZA | FRANCISCO | | A | Nov-19 | 5.00 | 5.00 | $ 379.00 | $ 263.40 | $ 1,895.00 | $ 1,317.00 | 5189 |
| ESPARZA | GABRIEL | | A | Nov-19 | 0.00 | 0.00 | $ 379.00 | $ 263.40 | $ - | $ - | 5189 |
| ESPARZA | LUIS | | A | Nov-19 | 5.00 | 5.00 | $ 379.00 | $ 263.40 | $ 1,895.00 | $ 1,317.00 | 5189 |
| PADILLA | ROBERTO | | A | Nov-19 | 0.00 | 0.00 | $ 379.00 | $ 263.40 | $ - | $ - | 5189 |
| ESPARZA | FRANCISCO | | A | Apr-20 | 4.00 | 4.00 | $ 379.00 | $ 263.40 | $ 1,516.00 | $ 1,053.60 | 5189 |
| ESPARZA | GABRIEL | | A | Apr-20 | 4.00 | 4.00 | $ 379.00 | $ 263.40 | $ 1,516.00 | $ 1,053.60 | 5189 |
| ESPARZA | LUIS | | A | Apr-20 | 4.00 | 4.00 | $ 379.00 | $ 263.40 | $ 1,516.00 | $ 1,053.60 | 5189 |
| PADILLA | ROBERTO | | A | Apr-20 | 0.00 | 0.00 | $ 379.00 | $ 263.40 | $ - | $ - | 5189 |
| ESPARZA | GABRIEL | | A | May-20 | 5.00 | 5.00 | $ 379.00 | $ 263.40 | $ 1,895.00 | $ 1,317.00 | 5189 |
| PADILLA | ROBERTO | | A | May-20 | 0.00 | 0.00 | $ 379.00 | $ 263.40 | $ - | $ - | 5189 |
| ESPARZA | GABRIEL | | A | Jun-20 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5189 |
| PADILLA | ROBERTO | | A | Jun-20 | **1.00** | **0.75** | $ 395.00 | $ 283.40 | $ 395.00 | $ 212.55 | 5189 |
| ESPARZA | FRANCISCO | | A | Oct-20 | 5.00 | 5.00 | $ 395.00 | $ 283.40 | $ 1,975.00 | $ 1,417.00 | 5189 |
| ESPARZA | GABRIEL | | A | Oct-20 | 5.00 | 5.00 | $ 395.00 | $ 283.40 | $ 1,975.00 | $ 1,417.00 | 5189 |
| ESPARZA | LUIS | | A | Oct-20 | 5.00 | 5.00 | $ 395.00 | $ 283.40 | $ 1,975.00 | $ 1,417.00 | 5189 |
| PADILLA | ROBERTO | | A | Oct-20 | 5.00 | 5.00 | $ 395.00 | $ 283.40 | $ 1,975.00 | $ 1,417.00 | 5189 |
| ESPARZA | FRANCISCO | | A | Nov-20 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5189 |
| ESPARZA | GABRIEL | | A | Nov-20 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5189 |
| ESPARZA | LUIS | | A | Nov-20 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5189 |
| PADILLA | ROBERTO | | A | Nov-20 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5189 |
| ESPARZA | FRANCISCO | | A | Apr-21 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5189 |
| ESPARZA | GABRIEL | | A | Apr-21 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5189 |
| ESPARZA | LUIS | | A | Apr-21 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5189 |
| PADILLA | ROBERTO | | A | Apr-21 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5189 |
| ESPARZA | LUIS | | A | May-21 | 5.00 | 5.00 | $ 395.00 | $ 283.40 | $ 1,975.00 | $ 1,417.00 | 5189 |
| ESPARZA | FRANCISCO | | A | Jun-21 | 4.00 | 4.00 | $ 413.00 | $ 304.20 | $ 1,652.00 | $ 1,216.80 | 5189 |
| ESPARZA | GABRIEL | | A | Jun-21 | 4.00 | 4.00 | $ 413.00 | $ 304.20 | $ 1,652.00 | $ 1,216.80 | 5189 |
| ESPARZA | LUIS | | A | Jun-21 | 4.00 | 4.00 | $ 413.00 | $ 304.20 | $ 1,652.00 | $ 1,216.80 | 5189 |
| PADILLA | ROBERTO | | A | Jun-21 | 4.00 | 4.00 | $ 413.00 | $ 304.20 | $ 1,652.00 | $ 1,216.80 | 5189 |
| ESPARZA | LUIS | | A | Jul-21 | 5.00 | 5.00 | $ 413.00 | $ 304.20 | $ 2,065.00 | $ 1,521.00 | 5189 |
| ESPARZA | FRANCISCO | | A | Oct-21 | 5.00 | 5.00 | $ 413.00 | $ 304.20 | $ 2,065.00 | $ 1,521.00 | 5189 |
| ESPARZA | GABRIEL | | A | Oct-21 | 5.00 | 5.00 | $ 413.00 | $ 304.20 | $ 2,065.00 | $ 1,521.00 | 5189 |
| ESPARZA | LUIS | | A | Oct-21 | 5.00 | 5.00 | $ 413.00 | $ 304.20 | $ 2,065.00 | $ 1,521.00 | 5189 |
| PADILLA | ROBERTO | | A | Oct-21 | 5.00 | 5.00 | $ 413.00 | $ 304.20 | $ 2,065.00 | $ 1,521.00 | 5189 |
| ESPARZA | FRANCISCO | | A | Nov-21 | 4.00 | 4.00 | $ 413.00 | $ 304.20 | $ 1,652.00 | $ 1,216.80 | 5189 |
| ESPARZA | GABRIEL | | A | Nov-21 | 4.00 | 4.00 | $ 413.00 | $ 304.20 | $ 1,652.00 | $ 1,216.80 | 5189 |
| ESPARZA | LUIS | | A | Nov-21 | 4.00 | 4.00 | $ 413.00 | $ 304.20 | $ 1,652.00 | $ 1,216.80 | 5189 |
| PADILLA | ROBERTO | | A | Nov-21 | 4.00 | 4.00 | $ 413.00 | $ 304.20 | $ 1,652.00 | $ 1,216.80 | 5189 |
| ESPARZA | FRANCISCO | | A | Apr-22 | 5.00 | 5.00 | $ 413.00 | $ 304.20 | $ 2,065.00 | $ 1,521.00 | 5189 |
| ESPARZA | GABRIEL | | A | Apr-22 | 5.00 | 5.00 | $ 413.00 | $ 304.20 | $ 2,065.00 | $ 1,521.00 | 5189 |
| ESPARZA | LUIS | | A | Apr-22 | 5.00 | 5.00 | $ 413.00 | $ 304.20 | $ 2,065.00 | $ 1,521.00 | 5189 |
| PADILLA | ROBERTO | | A | Apr-22 | 5.00 | 5.00 | $ 413.00 | $ 304.20 | $ 2,065.00 | $ 1,521.00 | 5189 |

**Total UNPAID Contributions: $ 81,018.00 $ 57,715.55**

**Liquidated Damages 10% UNPAID (Contributions over 1 mo. Late): $ 8,101.80 $ 5,771.56**

Page 3 of 4

**Employer Name: Francisco Enterprises, Inc.**
**Address: 27 Baseline Rd Oswego, IL 60543**

**ER# 5189**
**LOCAL: 673**

Phone: 630-673-6598
Contact: Luis Esparza

Audit Date: 05/26/2022

Period Covered: September 1, 2016 to June 30, 2022

Error Code Descriptions
A) Included all weeks during April-November season. Minimal records provided.

**Late Payment Interest .5% per mo. on UNPAID Contributions:**

| Work Month | Amount Due Welfare | % Int. | Int. Due Welfare | Amount Due Pension | % Int. | Int. Due Pension |
|---|---|---|---|---|---|---|
| Sep-16 | $ 1,324.00 | 34.50% | $ 456.78 | $ 874.40 | 34.50% | $ 301.67 |
| Apr-17 | $ 1,655.00 | 31.00% | $ 513.05 | $ 1,093.00 | 31.00% | $ 338.83 |
| May-17 | $ 1,324.00 | 30.50% | $ 403.82 | $ 874.40 | 30.50% | $ 266.69 |
| Sep-17 | $ 1,735.00 | 28.50% | $ 494.48 | $ 1,157.00 | 28.50% | $ 329.75 |
| Oct-17 | $ 1,388.00 | 28.00% | $ 388.64 | $ 925.60 | 28.00% | $ 259.17 |
| Nov-17 | $ 1,388.00 | 27.50% | $ 381.70 | $ 925.60 | 27.50% | $ 254.54 |
| Apr-18 | $ 2,776.00 | 25.00% | $ 694.00 | $ 1,851.20 | 25.00% | $ 462.80 |
| Apr-19 | $ 2,904.00 | 19.00% | $ 551.76 | $ 1,979.20 | 19.00% | $ 376.05 |
| Nov-19 | $ 3,790.00 | 15.50% | $ 587.45 | $ 2,634.00 | 15.50% | $ 408.27 |
| Apr-20 | $ 4,548.00 | 13.00% | $ 591.24 | $ 3,160.80 | 13.00% | $ 410.90 |
| May-20 | $ 1,895.00 | 12.50% | $ 236.88 | $ 1,317.00 | 12.50% | $ 164.63 |
| Jun-20 | $ 1,975.00 | 12.00% | $ 237.00 | $ 1,346.15 | 12.00% | $ 161.54 |
| Oct-20 | $ 7,900.00 | 10.00% | $ 790.00 | $ 5,668.00 | 10.00% | $ 566.80 |
| Nov-20 | $ 6,320.00 | 9.50% | $ 600.40 | $ 4,534.40 | 9.50% | $ 430.77 |
| Apr-21 | $ 6,320.00 | 7.00% | $ 442.40 | $ 4,534.40 | 7.00% | $ 317.41 |
| May-21 | $ 1,975.00 | 6.50% | $ 128.38 | $ 1,417.00 | 6.50% | $ 92.11 |
| Jun-21 | $ 6,608.00 | 6.00% | $ 396.48 | $ 4,867.20 | 6.00% | $ 292.03 |
| Jul-21 | $ 2,065.00 | 5.50% | $ 113.58 | $ 1,521.00 | 5.50% | $ 83.66 |
| Oct-21 | $ 8,260.00 | 4.00% | $ 330.40 | $ 6,084.00 | 4.00% | $ 243.36 |
| Nov-21 | $ 6,608.00 | 3.50% | $ 231.28 | $ 4,867.20 | 3.50% | $ 170.35 |
| Apr-22 | $ 8,260.00 | 1.00% | $ 82.60 | $ 6,084.00 | 1.00% | $ 60.84 |

Total Late Payment Interest Unpaid Contributions: $ 8,652.32 $ 5,992.17

**Total Due Unpaid Contributions + Liq. Damages + Late Interest:** **$ 97,772.12** **$ 69,479.28**

Page 4 of 4

Employer Name: Francisco Enterprises, Inc.
Address: 27 Baseline Rd Oswego, IL 60543

ER# 5189
LOCAL: 673

Phone: 630-673-6598
Contact: Luis Esparza

Audit Date: 05/26/2022

Period Covered: September 1, 2016 to June 30, 2022

Error Code Descriptions
A) Included all weeks during April-November season. Minimal records provided.

| Paid Contributions Discrepancies | WELFARE | PENSION |
|---|---|---|
| Jun-19 Rate Increase June 2019 | $ 160.00 | $ 160.00 |
| Jul-19 Rate Increase June 2019 | $ 128.00 | $ 128.00 |
| Jun-20 Underpaid Welfare and Pension Rate Increase | $ 128.00 | $ 160.00 |
| Aug-20 Underpaid Pension Fund | $ - | $ 30.00 |
| May-21 Underpaid Pension Fund | $ - | $ 50.00 |

| Paid Contributions Interest and Liquidated Damages | WELFARE | PENSION |
|---|---|---|
| Jun-16 Contributions received November 2016 - Interest | $ 26.48 | $ 17.48 |
| Jun-16 Contributions received November 2016 - LD | $ 132.40 | $ 87.44 |
| Oct-16 Contributions received January 2017 - Interest | $ 16.55 | $ 10.93 |
| Oct-16 Contributions received January 2017 - LD | $ 165.50 | $ 109.30 |
| May-17 Contributions received July 2017 - Interest | $ 6.62 | $ 4.37 |
| Jun-17 Contributions received August 2017 - Interest | $ 6.94 | $ 4.63 |
| Jun-17 Contributions received September 2017 - Interest | $ 13.88 | $ 9.25 |
| Jun-17 Contributions received September 2017 - LD | $ 138.80 | $ 92.56 |
| Jul-17 Contributions received September 2017 - Interest | $ 8.68 | $ 5.79 |
| Jul-17 Contributions received October 2017 - Interest | $ 17.35 | $ 11.57 |
| Jul-17 Contributions received October 2017 - LD | $ 173.50 | $ 115.70 |
| Aug-17 Contributions received October 2017 - Interest | $ 6.94 | $ 4.63 |
| Sep-17 Contributions received November 2017 - Interest | $ 8.68 | $ 5.79 |
| Nov-17 Contributions received February 2018 - Interest | $ 13.88 | $ 9.26 |
| Nov-17 Contributions received February 2018 - LD | $ 138.80 | $ 92.56 |
| May-18 Contributions received July 2018 - Interest | $ 13.88 | $ 9.26 |
| Jun-18 Contributions received August 2018 - Interest | $ 18.15 | $ 12.37 |
| Jul-18 Contributions received October 2018 - Interest | $ 29.04 | $ 19.79 |
| Jul-18 Contributions received October 2018 - LD | $ 290.40 | $ 197.92 |
| Sep-18 Contributions received November 2018 - Interest | $ 18.15 | $ 12.37 |
| Nov-18 Contributions received January 2019 - Interest | $ 14.52 | $ 9.90 |
| May-19 Contributions received August 2019 - Interest | $ 29.04 | $ 19.79 |
| May-19 Contributions received August 2019 - LD | $ 290.40 | $ 197.92 |
| Jun-19 Contributions received August 2019 - Interest | $ 18.15 | $ 12.37 |
| Jul-19 Contributions received September 2019 - Interest | $ 14.52 | $ 9.90 |
| Aug-19 Contributions received October 2019 - Interest | $ 18.95 | $ 13.17 |
| Sep-19 Contributions received December 2019 - Interest | $ 30.32 | $ 21.07 |
| Sep-19 Contributions received December 2019 - LD | $ 303.20 | $ 210.72 |
| Oct-19 Contributions received December 2019 - Interest | $ 15.16 | $ 10.54 |
| May-20 Contributions received September 2020 - Interest | $ 56.85 | $ 39.51 |
| May-20 Contributions received September 2020 - LD | $ 379.00 | $ 263.40 |
| Jun-20 Contributions received August 2020 - Interest | $ 15.16 | $ 10.53 |
| Jul-20 Contributions received October 2020 - Interest | $ 63.20 | $ 45.35 |
| Jul-20 Contributions received October 2020 - LD | $ 632.00 | $ 453.44 |
| Aug-20 Contributions received October 2020 - Interest | $ 39.50 | $ 28.19 |
| Jul-21 Contributions received September 2021 - Interest | $ 30.98 | $ 22.81 |
| Aug-21 Contributions received October 2021 - Interest | $ 33.04 | $ 24.33 |
| May-22 Contributions received September 2022 - Interest | $ 99.12 | $ 73.00 |
| May-22 Contributions received September 2022 - LD | $ 660.80 | $ 486.72 |
| Jun-22 Contributions received September 2022 - Interest | $ 68.64 | $ 52.00 |
| Jun-22 Contributions received September 2022 - LD | $ 686.40 | $ 520.00 |

| Total Due on Paid Contributions: | $ 5,159.57 | $ 3,885.63 |
|---|---|---|

| TOTAL AMOUNT DUE ER # | 5189 | $ 102,931.69 | $ 73,364.91 |
|---|---|---|---|

# EXHIBIT C

## INSTALLMENT NOTE - PENSION

### March 12, 2024

For Value Received, the undersigned promises to pay to the order of **SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND** the principal sum of **One Hundred Twenty Five Thousand One Hundred Fifty and 45/100 ($125,150.45)** Dollars.

**Employer shall make a down payment of $27,500.00 on March 15, 2024.**

Employer shall pay on **April 15, 2024**, the sum of **Four Thousand Three Hundred Thirty One Dollars and 57/100 ($4,331.57)**; and on the **15th** day of each month thereafter for 22 consecutive months the sum of **Four Thousand Three Hundred Thirty One Dollars and 57/100 ($4,331.57)** Dollars, and a final payment of **Four Thousand Three Hundred Thirty One Dollars and 57/100 ($4,331.57)** on **March 15, 2026.**

All payments on account of the indebtedness represented by this Note shall be applied first to accrued and unpaid interest and the remainder to principal. Any installments of principal not paid when due shall bear interest after default/maturity at the rate of **18** per cent per annum. Payments of both principal and interest shall be made at **ARNOLD AND KADJAN, LLP, 35 E. WACKER DRIVE, SUITE 600, CHICAGO, IL 60601** or such other place as the legal holder hereof may from time to time in writing appoint.

**EMPLOYER IS TO REMAIN CURRENT IN ITS FUND CONTRIBUTIONS DURING THE TERM OF THIS NOTE.** Failure to do so will be considered a default, causing the remaining unpaid Note balance to become immediately due and payable.

**UPON WRITTEN VERIFICATION FROM THE FUND AS OF DECEMBER 15, 2025 THAT INSTALLMENT PAYMENTS OF THIS NOTE AND CURRENT MONTHLY CONTRIBUTIONS ARE TIMELY PAID, the Fund will waive the liquidated damages of $15,495.25 which shall be deducted from the 22nd, 23rd and 24th installments leaving a remainder of $2,508.72 due on December 15, 2025.**

The undersigned hereby authorizes, irrevocably, any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, accelerate the remaining debt, and confess judgment without process in favor of the payee or holder of this Note for such amount as may appear to be unpaid thereon, together with reasonable costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in any such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

If this Note is signed by more than one person or entity, the obligations and authorizations hereunder shall be joint and several. All parties hereto severally waive presentment for payment, notice of dishonor and protest.

**For the audit period September 1, 2016 through November 30, 2023**

Francisco Enterprises, Inc.
an Illinois corporation

By: _____
Francisco J. Esparza, President

By: _____
Francisco J. Esparza, Individually

By: _____
Luis E. Esparza, Secretary

By: _____
Luis E. Esparza, Individually

The maker of this Note acknowledges the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income and Security Act, 29 U.S.C. 1145.

03/12/2024  8:10:59 AM  Page 1

Francisco Enterprises - Pension

Compound Period ......... :  Monthly

Nominal Annual Rate .... :  6.000 %

CASH FLOW DATA

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 03/11/2024 | 125,150.45 | 1 | | |
| 2 | Payment | 03/15/2024 | 27,500.00 | 1 | | |
| 3 | Payment | 04/15/2024 | 4,331.57 | 24 | Monthly | 03/15/2026 |
| 4 | Payment | 04/01/2026 | 0.00 | 1 | | |

AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 03/11/2024 | | | | 125,150.45 |
| 1 | 03/15/2024 | 27,500.00 | 82.29 | 27,417.71 | 97,732.74 |
| 2 | 04/15/2024 | 4,331.57 | 488.66 | 3,842.91 | 93,889.83 |
| 3 | 05/15/2024 | 4,331.57 | 469.45 | 3,862.12 | 90,027.71 |
| 4 | 06/15/2024 | 4,331.57 | 450.14 | 3,881.43 | 86,146.28 |
| 5 | 07/15/2024 | 4,331.57 | 430.73 | 3,900.84 | 82,245.44 |
| 6 | 08/15/2024 | 4,331.57 | 411.23 | 3,920.34 | 78,325.10 |
| 7 | 09/15/2024 | 4,331.57 | 391.63 | 3,939.94 | 74,385.16 |
| 8 | 10/15/2024 | 4,331.57 | 371.93 | 3,959.64 | 70,425.52 |
| 9 | 11/15/2024 | 4,331.57 | 352.13 | 3,979.44 | 66,446.08 |
| 10 | 12/15/2024 | 4,331.57 | 332.23 | 3,999.34 | 62,446.74 |
| 2024 Totals | | 66,484.13 | 3,780.42 | 62,703.71 | |
| 11 | 01/15/2025 | 4,331.57 | 312.23 | 4,019.34 | 58,427.40 |
| 12 | 02/15/2025 | 4,331.57 | 292.14 | 4,039.43 | 54,387.97 |
| 13 | 03/15/2025 | 4,331.57 | 271.94 | 4,059.63 | 50,328.34 |
| 14 | 04/15/2025 | 4,331.57 | 251.64 | 4,079.93 | 46,248.41 |
| 15 | 05/15/2025 | 4,331.57 | 231.24 | 4,100.33 | 42,148.08 |
| 16 | 06/15/2025 | 4,331.57 | 210.74 | 4,120.83 | 38,027.25 |
| 17 | 07/15/2025 | 4,331.57 | 190.14 | 4,141.43 | 33,885.82 |
| 18 | 08/15/2025 | 4,331.57 | 169.43 | 4,162.14 | 29,723.68 |
| 19 | 09/15/2025 | 4,331.57 | 148.62 | 4,182.95 | 25,540.73 |
| 20 | 10/15/2025 | 4,331.57 | 127.70 | 4,203.87 | 21,336.86 |
| 21 | 11/15/2025 | 4,331.57 | 106.68 | 4,224.89 | 17,111.97 |
| 22 | 12/15/2025 | 4,331.57 | 85.56 | 4,246.01 | 12,865.96 |
| 2025 Totals | | 51,978.84 | 2,398.06 | 49,580.78 | |
| 23 | 01/15/2026 | 4,331.57 | 64.33 | 4,267.24 | 8,598.72 |
| 24 | 02/15/2026 | 4,331.57 | 42.99 | 4,288.58 | 4,310.14 |
| 25 | 03/15/2026 | 4,331.57 | 21.55 | 4,310.02 | 0.12 |
| 26 | 04/01/2026 | 0.00 | 0.12- | 0.12 | 0.00 |
| 2026 Totals | | 12,994.71 | 128.75 | 12,865.96 | |
| Grand Totals | | 131,457.68 | 6,307.23 | 125,150.45 | |

# EXHIBIT D

## INSTALLMENT NOTE - WELFARE

### March 12, 2024

For Value Received, the undersigned promises to pay to the order of **SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE FUND** the principal sum of **One Hundred Seventy One Thousand Two Hundred Ten and 44/100 ($171,210.44)** Dollars.

**Employer shall make a down payment of $27,500.00 on March 15, 2024.**

Employer shall pay on **April 15, 2024**, the sum of **Six Thousand Three Hundred Seventy Four Dollars and 32/100 ($6,374.32)**; and on the **1st** day of each month thereafter for 22 consecutive months the sum of **Six Thousand Three Hundred Seventy Four Dollars and 32/100 ($6,374.32)** Dollars, and a final payment of **Six Thousand Three Hundred Seventy Four Dollars and 32/100 ($6,374.32)** on **March 15, 2026.**

All payments on account of the indebtedness represented by this Note shall be applied first to accrued and unpaid interest and the remainder to principal. Any installments of principal not paid when due shall bear interest after default/maturity at the rate of **18** per cent per annum. Payments of both principal and interest shall be made at **ARNOLD AND KADJAN, LLP, 35 E. WACKER DRIVE, SUITE 600, CHICAGO, IL 60601** or such other place as the legal holder hereof may from time to time in writing appoint.

**EMPLOYER IS TO REMAIN CURRENT IN ITS FUND CONTRIBUTIONS DURING THE TERM OF THIS NOTE.** Failure to do so will be considered a default, causing the remaining unpaid Note balance to become immediately due and payable.

**UPON WRITTEN VERIFICATION FROM THE FUND AS OF DECEMBER 15, 2025 THAT INSTALLMENT PAYMENTS OF THIS NOTE AND CURRENT MONTHLY CONTRIBUTIONS ARE TIMELY PAID**, the Fund will waive the liquidated damages of $21,186.20 which shall be deducted from the 22nd, 23rd and 24th installments leaving a remainder of $2,074.46 due on December 15, 2025.

The undersigned hereby authorizes, irrevocably, any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, accelerate the remaining debt, and confess judgment without process in favor of the payee or holder of this Note for such amount as may appear to be unpaid thereon, together with reasonable costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in any such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

If this Note is signed by more than one person or entity, the obligations and authorizations hereunder shall be joint and several. All parties hereto severally waive presentment for payment, notice of dishonor and protest.

**For the audit period September 1, 2016 through November 30, 2023**

Francisco Enterprises, Inc.
an Illinois corporation

By: _____
Francisco J. Esparza, President

By: _____
Francisco J. Esparza, Individually

By: _____
Luis E. Esparza, Secretary

By: _____
Luis E. Esparza, Individually

The maker of this Note acknowledges the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income and Security Act, 29 U.S.C. 1145.

03/12/2024  8:11:03 AM  Page 1

Francisco Enterprises - Welfare

Compound Period ......... :  Monthly

Nominal Annual Rate .... :  6.000 %

CASH FLOW DATA

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 03/11/2024 | 171,210.44 | 1 | | |
| 2 | Payment | 03/15/2024 | 27,500.00 | 1 | | |
| 3 | Payment | 04/15/2024 | 6,374.32 | 24 | Monthly | 03/15/2026 |

AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 03/11/2024 | | | | 171,210.44 |
| 1 | 03/15/2024 | 27,500.00 | 112.58 | 27,387.42 | 143,823.02 |
| 2 | 04/15/2024 | 6,374.32 | 719.12 | 5,655.20 | 138,167.82 |
| 3 | 05/15/2024 | 6,374.32 | 690.84 | 5,683.48 | 132,484.34 |
| 4 | 06/15/2024 | 6,374.32 | 662.42 | 5,711.90 | 126,772.44 |
| 5 | 07/15/2024 | 6,374.32 | 633.86 | 5,740.46 | 121,031.98 |
| 6 | 08/15/2024 | 6,374.32 | 605.16 | 5,769.16 | 115,262.82 |
| 7 | 09/15/2024 | 6,374.32 | 576.31 | 5,798.01 | 109,464.81 |
| 8 | 10/15/2024 | 6,374.32 | 547.32 | 5,827.00 | 103,637.81 |
| 9 | 11/15/2024 | 6,374.32 | 518.19 | 5,856.13 | 97,781.68 |
| 10 | 12/15/2024 | 6,374.32 | 488.91 | 5,885.41 | 91,896.27 |
| 2024 Totals | | 84,868.88 | 5,554.71 | 79,314.17 | |
| 11 | 01/15/2025 | 6,374.32 | 459.48 | 5,914.84 | 85,981.43 |
| 12 | 02/15/2025 | 6,374.32 | 429.91 | 5,944.41 | 80,037.02 |
| 13 | 03/15/2025 | 6,374.32 | 400.19 | 5,974.13 | 74,062.89 |
| 14 | 04/15/2025 | 6,374.32 | 370.31 | 6,004.01 | 68,058.88 |
| 15 | 05/15/2025 | 6,374.32 | 340.29 | 6,034.03 | 62,024.85 |
| 16 | 06/15/2025 | 6,374.32 | 310.12 | 6,064.20 | 55,960.65 |
| 17 | 07/15/2025 | 6,374.32 | 279.80 | 6,094.52 | 49,866.13 |
| 18 | 08/15/2025 | 6,374.32 | 249.33 | 6,124.99 | 43,741.14 |
| 19 | 09/15/2025 | 6,374.32 | 218.71 | 6,155.61 | 37,585.53 |
| 20 | 10/15/2025 | 6,374.32 | 187.93 | 6,186.39 | 31,399.14 |
| 21 | 11/15/2025 | 6,374.32 | 157.00 | 6,217.32 | 25,181.82 |
| 22 | 12/15/2025 | 6,374.32 | 125.91 | 6,248.41 | 18,933.41 |
| 2025 Totals | | 76,491.84 | 3,528.98 | 72,962.86 | |
| 23 | 01/15/2026 | 6,374.32 | 94.67 | 6,279.65 | 12,653.76 |
| 24 | 02/15/2026 | 6,374.32 | 63.27 | 6,311.05 | 6,342.71 |
| 25 | 03/15/2026 | 6,374.32 | 31.61 | 6,342.71 | 0.00 |
| 2026 Totals | | 19,122.96 | 189.55 | 18,933.41 | |
| Grand Totals | | 180,483.68 | 9,273.24 | 171,210.44 | |

# EXHIBIT E

LAW OFFICES

# ARNOLD AND KADJAN, LLP

JOHN J. TOOMEY
DONALD D. SCHWARTZ
STEVEN F. McDOWELL
PAUL M. EGAN

JAMES R. ANDERSON
GRANT R. PIECHOCINSKI

35 EAST WACKER DRIVE
SUITE 600
**CHICAGO IL**
60601-2106

TELEPHONE (312) 236-0415
FAX (312) 341-0438
EMAIL: info@aandklaw.com

HUGH B. ARNOLD (1961-2020)
DANIEL N. KADJAN (1961-1993)

March 12, 2026

By Regular Mail
Mr. Francisco Esparza
President and Registered Agent
Francisco Enterprises, Inc.
2485 Emerald Lane
Yorkville, Illinois 60560

By email esparzaluis27@gmail.com
and Regular Mail
Mr. Luis Esparza, Secretary
Francisco Enterprises, Inc.
2485 Emerald Lane
Yorkville, Illinois 60560

      Re:    Suburban Teamsters Pension and Welfare Installment Note Payments
            **NSF Checks**

Gentlemen:

The Fund advises that the following checks have been returned NSF.

1.    Check No. 2696 payable to the Suburban Teamsters Pension
      Fund in the amount of $4,331.57 representing the February 15, 2026
      installment note payment.

2.    Check No. 2695 payable to the Suburban Teamsters Welfare
      Fund in the amount of $6,374.32 representing the February 15, 2026
      installment note payment.

It is imperative that these checks be replaced by **certified funds** no later than March 16, 2026 to be delivered to my office along with the March 15, 2026 installment note payments are due in my office on March 16, 2026 be delivered to me.

Please contact me upon receipt of this letter to discuss this matter.

Yours truly,

ARNOLD AND KADJAN, LLP

By: John J. Toomey

JJT:cc
cc:    Suburban Teamsters

LAW OFFICES

# ARNOLD AND KADJAN, LLP

JOHN J. TOOMEY
DONALD D. SCHWARTZ
STEVEN F. McDOWELL
PAUL M. EGAN

JAMES R. ANDERSON
GRANT R. PIECHOCINSKI

35 EAST WACKER DRIVE
SUITE 600
CHICAGO IL
60601-2106

TELEPHONE (312) 236-0415
FAX (312) 341-0438
EMAIL: info@aandklaw.com

HUGH B. ARNOLD (1961-2020)
DANIEL N. KADJAN (1961-1993)

March 26, 2026

By Regular Mail
Mr. Francisco Esparza
President and Registered Agent
Francisco Enterprises, Inc.
2485 Emerald Lane
Yorkville, Illinois 60560

By email esparzaluis27@gmail.com
and Regular Mail
Mr. Luis Esparza, Secretary
Francisco Enterprises, Inc.
2485 Emerald Lane
Yorkville, Illinois 60560

Re:   **FINAL NOTICE OF DEFAULT/OPPORTUNITY TO CURE**

Gentlemen:

The Fund advises the following:

**Delinquent January and February, 2026 Monthly Contributions**

January and February, 2026 monthly contributions have not been received. It is imperative that these checks **by certified funds** and contribution reports are received in my office no later than **April 1, 2026.**

**NSF Checks – February 15, 2026 Installment Note Payments**

1.    Check No. 2696 payable to the Suburban Teamsters Pension Fund in the amount of **$4,331.57** representing the February 15, 2026 installment note payment.

2.    Check No. 2695 payable to the Suburban Teamsters Welfare Fund in the amount of **$6,374.32** representing the February 15, 2026 installment note payment.

It is imperative that these checks be replaced by **certified funds** no later than **April 1, 2026** to be delivered to my office.

**March 15, 2026 Installment Note Payments**

Your **March 15, 2026** installment note payments of $4,331.57 Pension and $6,374.52 Welfare under the Settlement Agreement are due and have not been received.

The balance due on your Pension installment note is $8,663.14 and the remaining balance due the Welfare Fund installment note is $12,748.64 for a total of $21,411.78.

Suit will be initiated for breach of the note Settlement Agreements to collect the entire balance due on the accelerated note(s) unless the default is cured by April 1, 2026. All payments should be made payable to the Suburban Teamsters of Northern Illinois Funds and forwarded to my attention at Arnold and Kadjan, LLP, 35 E. Wacker Drive, Suite 600, Chicago, Illinois 60601.

Yours truly,

ARNOLD AND KADJAN, LLP

By:

John J. Toomey

JJT:cc

cc:    Suburban Teamsters