**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS WELFARE AND )
PENSION FUNDS, )
         )
            Plaintiffs, )
         ) Case No.:   2026 C 6427
       v. )
         ) Judge Sunil R. Harjani
         )
FRANCISCO ENTERPRISES, INC., et al. ) Magistrate Judge Karyn L. Bass Ehler
         )
            Defendants. )

**MOTION FOR DEFAULT JUDGMENT IN SUM CERTAIN
ON COUNTS I,  II AND III**

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF

NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney,

JOHN J. TOOMEY, ARNOLD AND KADJAN, LLP and pursuant to FRCP 55(b)(2) move for

judgment in sum certain as stated in this Motion and the supporting Affidavits attached hereto as

Exhibits 1 and 2.  In support of its Motion, Plaintiffs state as follows:

1.       Suit was filed on June 1, 2026 for collection of delinquent contributions  plus

attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2.       Service was made upon FRANCISCO ENTERPRISES, INC., an Illinois

corporation on June 8, 2026.

         Service was made upon FRANCISCO J. ESPARZA, Individually on June 8, 2026.

         Service was made upon LUIS E. ESPARZA, Individually on June 8, 2026.

3.       Pursuant to the collective bargaining agreements between FRANCISCO

ENTERPRISES, INC., and the Union, FRANCISCO ENTERPRISES, INC., failed and continues

to fail to make its obligated contributions to the Fund for the period September 1, 2016 through

November 30, 2023 as disclosed in a records review on January 5, 2024 (Exhibit B).

6.     The audit review disclosed $171,210.44 due the Welfare Fund and $125,150.45 due the Pension Fund for a total of $296,360.89.

7.     Defendants are now in default on the Complaint and as supported by the attached Affidavits (Exhibits 1 and 2) the sums due are:

$8,663.14 Welfare Fund
$12,748.64 Pension Fund
$1,250.00 Attorneys fees
$494.00 Court costs
$23,160.78 Total

WHEREFORE, Plaintiffs pray for:

1.     Entry of judgment in a sum certain against Defendants, FRANCISCO ENTERPRISES, INC., an Illinois corporation on Count I, jointly and severally; FRANCISCO J. ESPARZA, Individually on Count II, jointly and severally; and LUIS E. ESPARZA, Individually on Count III jointly and severally and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUNDS in the amount of $23,160.78 with no just reason for delay in enforcement under FRCP 54(b).

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS PENSION AND
WELFARE FUNDS

s/John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
Telephone No.:  (312) 236-0415
Facsimile No.:  (312) 341-0438
Dated:  July 1, 2026

2