**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS WELFARE AND )
PENSION FUNDS, )
                             )
                 Plaintiffs, )
                             )   Case No.:   2026 C 6427
      v.                         )
                             )   Judge Sunil R. Harjani
                             )
FRANCISCO ENTERPRISES, INC., et al. )   Magistrate Judge Karyn L. Bass Ehler
                             )
            Defendants. )

**MOTION FOR JUDGMENT IN SUM CERTAIN
ON COUNTS I, II AND III**

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF

NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney,

JOHN J. TOOMEY, ARNOLD AND KADJAN, LLP and pursuant to FRCP 55(b)(2) move for

judgment in sum certain as stated in this Motion and the supporting Affidavits attached hereto as

Exhibits 1 and 2. In support of its Motion, Plaintiffs state as follows:

1.      On July 15, 2026 this court entered an Order of Default as to liability against all

Defendants (Docket #17) on Counts 1 through III. It withheld monetary judgment and invited a

presentment of a second Motion in a Sum Certain.

2.      Suit was filed on June 1, 2026 for collection of delinquent contributions plus

attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

3.      Service was made upon FRANCISCO ENTERPRISES, INC., an Illinois

corporation on June 8, 2026.

Service was made upon FRANCISCO J. ESPARZA, Individually on June 8, 2026.

Service was made upon LUIS E. ESPARZA, Individually on June 8, 2026.

4.  Pursuant to the collective bargaining agreements between FRANCISCO ENTERPRISES, INC., and the Union, FRANCISCO ENTERPRISES, INC., failed and continues to fail to make its obligated contributions to the Fund for the period September 1, 2016 through November 30, 2023 as disclosed in a records review on January 5, 2024 (Exhibit 3).

5.  The audit review disclosed $171,210.44 due the Welfare Fund and $125,150.45 due the Pension Fund for a total of $296,360.89.

6.  Defendants are since July 15, 2026 in default as to liability on the Complaint. As supported by the attached Affidavits (Exhibits 1 and 2,,) the sums due in monetary judgment are:

> $8,663.14 Welfare Fund
> $12,748.64 Pension Fund
> $1,250.00 Attorneys fees
> $494.00 Court costs
> $23,160.78 Total

WHEREFORE, Plaintiffs pray for:

1.  Entry of judgment in a sum certain against Defendants, FRANCISCO ENTERPRISES, INC., an Illinois corporation on Count I, jointly and severally; FRANCISCO J. ESPARZA, Individually on Count II, jointly and severally; and LUIS E. ESPARZA, Individually on Count III jointly and severally and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUNDS in the amount of $23,160.78 with no just reason for delay in enforcement under FRCP 54(b).

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS PENSION AND
WELFARE FUNDS

s/John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: July 16, 2026

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 2026 C 6427 |
| v. | ) ) | Judge Sunil R. Harjani |
| FRANCISCO ENTERPRISES, INC., et al. | ) ) | Magistrate Judge Karyn L. Bass Ehler |
| Defendants. | ) | |

AFFIDAVIT IN SUPPORT OF
ATTORNEYS' FEES

NOW COMES the undersigned, JOHN J. TOOMEY, upon being first duly sworn, deposes and states as follows:

1.    The undersigned is counsel of record in Case No. 2026 C 6427.

2.    Affiant is an attorney licensed to practice law in the State of Illinois since 1978. Affiant is admitted to the trial Bar of the Northern District of Illinois, the Central District of Illinois and the Seventh, Eighth, Second and Eleventh Federal Circuit Courts of Appeal, U. S. Tax Court and the United States Supreme Court since January 11, 1982.

3.    The time spent in the case is as follows, was reasonably necessary in the prosecution of the case, no paralegals were used:

| | | |
|---|---|---|
| June 1, 2026 | Open file; draft complaint and summons and file with court | 2 hours |
| June 11, 2026 | Return of service filed with the court | .5 hours |

1

| July 1, 2026 | Draft Motion for Judgment in Sum Certain | 1.5 hours |
|---|---|---|
| | Court appearance on Motions for Judgment in Sum Certain | 1.0 hours |

4. The costs expended in prosecuting the case are:

| Filing fee | $405.00 |
|---|---|
| Reliant Agency Service of Complaint | $94.00 |
| Total Costs | $499.00 |

5. Reasonable value of such services is Two Hundred Fifty Dollars per hour:

| $250.00 x 5 hours | $1,250.00 |
|---|---|

6. The total in fees and costs expended are:

| Attorneys' fees | $1,250.00 |
|---|---|
| Costs | $499.00 |
| Total | $1,749.00 |

FURTHER AFFIANT SAYETH NOT.

_____
JOHN J. TOOMEY

Dated: July 1, 2026

JOHN J. TOOMEY
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive
Suite 600
Chicago, Illinois 60601
(312) 236-0415

2

# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No.: 2026 C 6427 |
| v. | ) ) ) | Judge Sunil R. Harjani |
| FRANCISCO ENTERPRISES, INC., et al. | ) ) ) | Magistrate Judge Karyn L. Bass Ehler |
| Defendants. | ) | |

<u>AFFIDAVIT</u>

JOSE M. COLIN, upon being first duly sworn deposes and states as follows:

1.      Affiant is employed by the Suburban Teamsters Welfare and Pension Funds ("Fund") as the Fund Manager and is familiar with the FRANCISCO ENTERPRISES, INC., an Illinois corporation, audit to determine what amounts if any were due and owing the Funds, and is also familiar with the parties' agreement concerning contributions, liquidated damages and interest owed.

2.      A records review was performed on January 5, 2024 for the period September 1, 2016 through November 30, 2023 and found to be owing by the Employer as outlined in Count I, of the Complaint:

| | |
|---|---|
| Pension | $125,150.45 |
| Welfare | $171,210.44 |
| Total | $296,360.89 |

3.      Affiant is above the age of 21, suffers from no disability and has actual knowledge of the above and could so testify.

FURTHER AFFIANT SAYETH NOT.

_____
JOSE M. COLIN

SUBSCRIBED AND SWORN
to before me this 18 day of
June, 2026.

_____
Notary Public

OFFICIAL SEAL
ASHLEY RAE CUSTER
Notary Public, State of Illinois
Commission No. 1030720
My Commission Expires April 28, 2030

2

# EXHIBIT 3

Page 1 of 5

Employer Name: Francisco Enterprises, Inc.
Address: 27 Baseline Rd Oswego, IL 60543

Revision #1: 11/22/2022
Audit Date: 05/26/2022

ER# 5189
LOCAL: 673

Period Covered: September 1, 2016 to June 30, 2022

Phone: 630-673-6598
Contact: Luis Esparza

Error Code Descriptions
A) Included all weeks during April-November season. Minimal records provided.

| Name | | Soc Sec No | Error Code | Work Month | Welfare Weeks/Hrs | Pension Weeks/Hrs | Weekly/Hrly Welfare Rate | | Weekly Pension Rate | | Amount Due Welfare | | Amount Due Pension | | Employer Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ESPARZA | FRANCISCO | | A | Sep-16 | 4.00 | 4.00 | $ | 331.00 | $ | 218.60 | $ | 1,324.00 | $ | 874.40 | 5189 |
| ESPARZA | GABRIEL | | A | Sep-16 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| ESPARZA | LUIS | | A | Sep-16 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | Sep-16 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Oct-16 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| ESPARZA | LUIS | | A | Oct-16 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | Oct-16 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Nov-16 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| ESPARZA | LUIS | | A | Nov-16 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | Nov-16 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| ESPARZA | FRANCISCO | | A | Apr-17 | 5.00 | 5.00 | $ | 331.00 | $ | 218.60 | $ | 1,655.00 | $ | 1,093.00 | 5189 |
| ESPARZA | GABRIEL | | A | Apr-17 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| ESPARZA | LUIS | | A | Apr-17 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | Apr-17 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | May-17 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| ESPARZA | LUIS | | A | May-17 | 4.00 | 4.00 | $ | 331.00 | $ | 218.60 | $ | 1,324.00 | $ | 874.40 | 5189 |
| PADILLA | ROBERTO | | A | May-17 | 0.00 | 0.00 | $ | 331.00 | $ | 218.60 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Jun-17 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | Jun-17 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Jul-17 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | Jul-17 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Aug-17 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | Aug-17 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Sep-17 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| ESPARZA | LUIS | | A | Sep-17 | 5.00 | 5.00 | $ | 347.00 | $ | 231.40 | $ | 1,735.00 | $ | 1,157.00 | 5189 |
| PADILLA | ROBERTO | | A | Sep-17 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Oct-17 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| ESPARZA | LUIS | | A | Oct-17 | 4.00 | 4.00 | $ | 347.00 | $ | 231.40 | $ | 1,388.00 | $ | 925.60 | 5189 |
| PADILLA | ROBERTO | | A | Oct-17 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Nov-17 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| ESPARZA | LUIS | | A | Nov-17 | 4.00 | 4.00 | $ | 347.00 | $ | 231.40 | $ | 1,388.00 | $ | 925.60 | 5189 |
| PADILLA | ROBERTO | | A | Nov-17 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| ESPARZA | FRANCISCO | | A | Apr-18 | 4.00 | 4.00 | $ | 347.00 | $ | 231.40 | $ | 1,388.00 | $ | 925.60 | 5189 |
| ESPARZA | GABRIEL | | A | Apr-18 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| ESPARZA | LUIS | | A | Apr-18 | 4.00 | 4.00 | $ | 347.00 | $ | 231.40 | $ | 1,388.00 | $ | 925.60 | 5189 |
| PADILLA | ROBERTO | | A | Apr-18 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | May-18 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | May-18 | 0.00 | 0.00 | $ | 347.00 | $ | 231.40 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Jun-18 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | Jun-18 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Jul-18 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | Jul-18 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Aug-18 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | Aug-18 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Sep-18 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | Sep-18 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Oct-18 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | Oct-18 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | Nov-18 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | Nov-18 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| ESPARZA | FRANCISCO | | A | Apr-19 | 4.00 | 4.00 | $ | 363.00 | $ | 247.40 | $ | 1,452.00 | $ | 989.60 | 5189 |
| ESPARZA | GABRIEL | | A | Apr-19 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| ESPARZA | LUIS | | A | Apr-19 | 4.00 | 4.00 | $ | 363.00 | $ | 247.40 | $ | 1,452.00 | $ | 989.60 | 5189 |
| PADILLA | ROBERTO | | A | Apr-19 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| ESPARZA | GABRIEL | | A | May-19 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |
| PADILLA | ROBERTO | | A | May-19 | 0.00 | 0.00 | $ | 363.00 | $ | 247.40 | $ | - | $ | - | 5189 |

Employer Name: Francisco Enterprises, Inc.
Address: 27 Baseline Rd Oswego, IL 60543

Phone: 630-673-6598
Contact: Luis Esparza

ER# 5189
LOCAL: 673

Revision #1: 11/22/2022
Audit Date: 05/26/2022

Period Covered: September 1, 2016 to June 30, 2022

**Error Code Descriptions**
A) Included all weeks during April-November season. Minimal records provided.

| Name | | Error Code | Work Month | Welfare Weeks/Hrs | Pension Weeks/Hrs | Weekly/Hrly Welfare Rate | Weekly Pension Rate | Amount Due Welfare | Amount Due Pension | Employer Number |
|---|---|---|---|---|---|---|---|---|---|---|
| ESPARZA | GABRIEL | A | Jun-19 | 0.00 | 0.00 | $ 379.00 | $ 263.40 | $ - | $ - | 5189 |
| PADILLA | ROBERTO | A | Jun-19 | 0.00 | 0.00 | $ 379.00 | $ 263.40 | $ - | $ - | 5189 |
| ESPARZA | GABRIEL | A | Jul-19 | 0.00 | 0.00 | $ 379.00 | $ 263.40 | $ - | $ - | 5189 |
| PADILLA | ROBERTO | A | Jul-19 | 0.00 | 0.00 | $ 379.00 | $ 263.40 | $ - | $ - | 5189 |
| ESPARZA | GABRIEL | A | Aug-19 | 0.00 | 0.00 | $ 379.00 | $ 263.40 | $ - | $ - | 5189 |
| PADILLA | ROBERTO | A | Aug-19 | 0.00 | 0.00 | $ 379.00 | $ 263.40 | $ - | $ - | 5189 |
| ESPARZA | GABRIEL | A | Sep-19 | 0.00 | 0.00 | $ 379.00 | $ 263.40 | $ - | $ - | 5189 |
| PADILLA | ROBERTO | A | Sep-19 | 0.00 | 0.00 | $ 379.00 | $ 263.40 | $ - | $ - | 5189 |
| ESPARZA | GABRIEL | A | Oct-19 | 0.00 | 0.00 | $ 379.00 | $ 263.40 | $ - | $ - | 5189 |
| PADILLA | ROBERTO | A | Oct-19 | 0.00 | 0.00 | $ 379.00 | $ 263.40 | $ - | $ - | 5189 |
| ESPARZA | FRANCISCO | A | Nov-19 | 5.00 | 5.00 | $ 379.00 | $ 263.40 | $ 1,895.00 | $ 1,317.00 | 5189 |
| ESPARZA | GABRIEL | A | Nov-19 | 0.00 | 0.00 | $ 379.00 | $ 263.40 | $ - | $ - | 5189 |
| ESPARZA | LUIS | A | Nov-19 | 5.00 | 5.00 | $ 379.00 | $ 263.40 | $ 1,895.00 | $ 1,317.00 | 5189 |
| PADILLA | ROBERTO | A | Nov-19 | 0.00 | 0.00 | $ 379.00 | $ 263.40 | $ - | $ - | 5189 |
| ESPARZA | FRANCISCO | A | Apr-20 | 4.00 | 4.00 | $ 379.00 | $ 263.40 | $ 1,516.00 | $ 1,053.60 | 5189 |
| ESPARZA | GABRIEL | A | Apr-20 | 4.00 | 4.00 | $ 379.00 | $ 263.40 | $ 1,516.00 | $ 1,053.60 | 5189 |
| ESPARZA | LUIS | A | Apr-20 | 4.00 | 4.00 | $ 379.00 | $ 263.40 | $ 1,516.00 | $ 1,053.60 | 5189 |
| PADILLA | ROBERTO | A | Apr-20 | 0.00 | 0.00 | $ 379.00 | $ 263.40 | $ - | $ - | 5189 |
| ESPARZA | GABRIEL | A | May-20 | 5.00 | 5.00 | $ 379.00 | $ 263.40 | $ 1,895.00 | $ 1,317.00 | 5189 |
| PADILLA | ROBERTO | A | May-20 | 0.00 | 0.00 | $ 379.00 | $ 263.40 | $ - | $ - | 5189 |
| ESPARZA | GABRIEL | A | Jun-20 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5189 |
| PADILLA | ROBERTO | A | Jun-20 | 1.00 | 0.75 | $ 395.00 | $ 283.40 | $ 395.00 | $ 212.55 | 5189 |
| ESPARZA | FRANCISCO | A | Oct-20 | 5.00 | 5.00 | $ 395.00 | $ 283.40 | $ 1,975.00 | $ 1,417.00 | 5189 |
| ESPARZA | GABRIEL | A | Oct-20 | 5.00 | 5.00 | $ 395.00 | $ 283.40 | $ 1,975.00 | $ 1,417.00 | 5189 |
| ESPARZA | LUIS | A | Oct-20 | 5.00 | 5.00 | $ 395.00 | $ 283.40 | $ 1,975.00 | $ 1,417.00 | 5189 |
| PADILLA | ROBERTO | A | Oct-20 | 5.00 | 5.00 | $ 395.00 | $ 283.40 | $ 1,975.00 | $ 1,417.00 | 5189 |
| ESPARZA | FRANCISCO | A | Nov-20 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5189 |
| ESPARZA | GABRIEL | A | Nov-20 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5189 |
| ESPARZA | LUIS | A | Nov-20 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5189 |
| PADILLA | ROBERTO | A | Nov-20 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5189 |
| ESPARZA | FRANCISCO | A | Apr-21 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5189 |
| ESPARZA | GABRIEL | A | Apr-21 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5189 |
| ESPARZA | LUIS | A | Apr-21 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5189 |
| PADILLA | ROBERTO | A | Apr-21 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5189 |
| ESPARZA | LUIS | A | May-21 | 5.00 | 5.00 | $ 395.00 | $ 283.40 | $ 1,975.00 | $ 1,417.00 | 5189 |
| ESPARZA | FRANCISCO | A | Jun-21 | 4.00 | 4.00 | $ 413.00 | $ 304.20 | $ 1,652.00 | $ 1,216.80 | 5189 |
| ESPARZA | GABRIEL | A | Jun-21 | 4.00 | 4.00 | $ 413.00 | $ 304.20 | $ 1,652.00 | $ 1,216.80 | 5189 |
| ESPARZA | LUIS | A | Jun-21 | 4.00 | 4.00 | $ 413.00 | $ 304.20 | $ 1,652.00 | $ 1,216.80 | 5189 |
| PADILLA | ROBERTO | A | Jun-21 | 4.00 | 4.00 | $ 413.00 | $ 304.20 | $ 1,652.00 | $ 1,216.80 | 5189 |
| ESPARZA | LUIS | A | Jul-21 | 5.00 | 5.00 | $ 413.00 | $ 304.20 | $ 2,065.00 | $ 1,521.00 | 5189 |
| ESPARZA | FRANCISCO | A | Oct-21 | 5.00 | 5.00 | $ 413.00 | $ 304.20 | $ 2,065.00 | $ 1,521.00 | 5189 |
| ESPARZA | GABRIEL | A | Oct-21 | 5.00 | 5.00 | $ 413.00 | $ 304.20 | $ 2,065.00 | $ 1,521.00 | 5189 |
| ESPARZA | LUIS | A | Oct-21 | 5.00 | 5.00 | $ 413.00 | $ 304.20 | $ 2,065.00 | $ 1,521.00 | 5189 |
| PADILLA | ROBERTO | A | Oct-21 | 5.00 | 5.00 | $ 413.00 | $ 304.20 | $ 2,065.00 | $ 1,521.00 | 5189 |
| ESPARZA | FRANCISCO | A | Nov-21 | 4.00 | 4.00 | $ 413.00 | $ 304.20 | $ 1,652.00 | $ 1,216.80 | 5189 |
| ESPARZA | GABRIEL | A | Nov-21 | 4.00 | 4.00 | $ 413.00 | $ 304.20 | $ 1,652.00 | $ 1,216.80 | 5189 |
| ESPARZA | LUIS | A | Nov-21 | 4.00 | 4.00 | $ 413.00 | $ 304.20 | $ 1,652.00 | $ 1,216.80 | 5189 |
| PADILLA | ROBERTO | A | Nov-21 | 4.00 | 4.00 | $ 413.00 | $ 304.20 | $ 1,652.00 | $ 1,216.80 | 5189 |
| ESPARZA | FRANCISCO | A | Apr-22 | 5.00 | 5.00 | $ 413.00 | $ 304.20 | $ 2,065.00 | $ 1,521.00 | 5189 |
| ESPARZA | GABRIEL | A | Apr-22 | 5.00 | 5.00 | $ 413.00 | $ 304.20 | $ 2,065.00 | $ 1,521.00 | 5189 |
| ESPARZA | LUIS | A | Apr-22 | 5.00 | 5.00 | $ 413.00 | $ 304.20 | $ 2,065.00 | $ 1,521.00 | 5189 |
| PADILLA | ROBERTO | A | Apr-22 | 5.00 | 5.00 | $ 413.00 | $ 304.20 | $ 2,065.00 | $ 1,521.00 | 5189 |

Total UNPAID Contributions: $ 81,018.00 $ 57,715.55

Liquidated Damages 10% UNPAID (Contributions over 1 mo. Late): $ 8,101.80 $ 5,771.56

Employer Name: Francisco Enterprises, Inc.
Address: 27 Baseline Rd Oswego, IL 60543

ER# 5189
LOCAL: 673

Revision #1: 11/22/2022
Audit Date: 05/26/2022

Period Covered: September 1, 2016 to June 30, 2022

Phone: 630-673-6598
Contact: Luis Esparza

Error Code Descriptions
A) Included all weeks during April-November season. Minimal records provided.

Page 4 of 5

Employer Name: Francisco Enterprises, Inc.
Address: 27 Baseline Rd Oswego, IL 60543

ER# 5189
LOCAL: 673

Revision #1: 11/22/2022
Audit Date: 05/26/2022

Phone: 630-673-6598
Contact: Luis Esparza

Period Covered: September 1, 2016 to June 30, 2022

Error Code Descriptions
A) Included all weeks during April-November season. Minimal records provided.

Late Payment Interest .5% per mo. on UNPAID Contributions:

| Work Month | Amount Due Welfare | % Int. | Int. Due Welfare | Amount Due Pension | % Int. | Int. Due Pension |
|---|---|---|---|---|---|---|
| Sep-16 | $ 1,324.00 | 34.50% | $ 456.78 | $ 874.40 | 34.50% | $ 301.67 |
| Apr-17 | $ 1,655.00 | 31.00% | $ 513.05 | $ 1,093.00 | 31.00% | $ 338.83 |
| May-17 | $ 1,324.00 | 30.50% | $ 403.82 | $ 874.40 | 30.50% | $ 266.69 |
| Sep-17 | $ 1,735.00 | 28.50% | $ 494.48 | $ 1,157.00 | 28.50% | $ 329.75 |
| Oct-17 | $ 1,388.00 | 28.00% | $ 388.64 | $ 925.60 | 28.00% | $ 259.17 |
| Nov-17 | $ 1,388.00 | 27.50% | $ 381.70 | $ 925.60 | 27.50% | $ 254.54 |
| Apr-18 | $ 2,776.00 | 25.00% | $ 694.00 | $ 1,851.20 | 25.00% | $ 462.80 |
| Apr-19 | $ 2,904.00 | 19.00% | $ 551.76 | $ 1,979.20 | 19.00% | $ 376.05 |
| Nov-19 | $ 3,790.00 | 15.50% | $ 587.45 | $ 2,634.00 | 15.50% | $ 408.27 |
| Apr-20 | $ 4,548.00 | 13.00% | $ 591.24 | $ 3,160.80 | 13.00% | $ 410.90 |
| May-20 | $ 1,895.00 | 12.50% | $ 236.88 | $ 1,317.00 | 12.50% | $ 164.63 |
| Jun-20 | $ 1,975.00 | 12.00% | $ 237.00 | $ 1,346.15 | 12.00% | $ 161.54 |
| Oct-20 | $ 7,900.00 | 10.00% | $ 790.00 | $ 5,668.00 | 10.00% | $ 566.80 |
| Nov-20 | $ 6,320.00 | 9.50% | $ 600.40 | $ 4,534.40 | 9.50% | $ 430.77 |
| Apr-21 | $ 6,320.00 | 7.00% | $ 442.40 | $ 4,534.40 | 7.00% | $ 317.41 |
| May-21 | $ 1,975.00 | 6.50% | $ 128.38 | $ 1,417.00 | 6.50% | $ 92.11 |
| Jun-21 | $ 6,608.00 | 6.00% | $ 396.48 | $ 4,867.20 | 6.00% | $ 292.03 |
| Jul-21 | $ 2,065.00 | 5.50% | $ 113.58 | $ 1,521.00 | 5.50% | $ 83.66 |
| Oct-21 | $ 8,260.00 | 4.00% | $ 330.40 | $ 6,084.00 | 4.00% | $ 243.36 |
| Nov-21 | $ 6,608.00 | 3.50% | $ 231.28 | $ 4,867.20 | 3.50% | $ 170.35 |
| Apr-22 | $ 8,260.00 | 1.00% | $ 82.60 | $ 6,084.00 | 1.00% | $ 60.84 |

Total Late Payment Interest Unpaid Contributions: $ 8,652.32 $ 5,992.17

Total Due Unpaid Contributions + Liq. Damages + Late Interest: $ 97,772.12 $ 69,479.28

Page 5 of 5

Employer Name: Francisco Enterprises, Inc.
Address: 27 Baseline Rd Oswego, IL 60543

ER# 5189
LOCAL: 673

Revision #1: 11/22/2022
Audit Date: 05/26/2022

Period Covered: September 1, 2016 to June 30, 2022

Phone: 630-673-6598
Contact: Luis Esparza

Error Code Descriptions
A) Included all weeks during April-November season. Minimal records provided.

| Paid Contributions Discrepancies | WELFARE | PENSION |
|---|---|---|
| Jun-19 Rate Increase June 2019 | $ 160.00 | $ 160.00 |
| Jul-19 Rate Increase June 2019 | $ 128.00 | $ 128.00 |
| Jun-20 Underpaid Welfare and Pension Rate Increase | $ 128.00 | $ 160.00 |
| Aug-20 Underpaid Pension Fund | $ - | $ 30.00 |
| May-21 Underpaid Pension Fund | $ - | $ 50.00 |

| Paid Contributions Interest and Liquidated Damages | WELFARE | PENSION |
|---|---|---|
| Jun-16 Contributions received November 2016 - Interest | $ 26.48 | $ 17.48 |
| Jun-16 Contributions received November 2016 - LD | $ 132.40 | $ 87.44 |
| Oct-16 Contributions received January 2017 - Interest | $ 16.55 | $ 10.93 |
| Oct-16 Contributions received January 2017 - LD | $ 165.50 | $ 109.30 |
| May-17 Contributions received July 2017 - Interest | $ 6.62 | $ 4.37 |
| Jun-17 Contributions received August 2017 - Interest | $ 6.94 | $ 4.63 |
| Jun-17 Contributions received September 2017 - Interest | $ 13.88 | $ 9.25 |
| Jun-17 Contributions received September 2017 - LD | $ 138.80 | $ 92.56 |
| Jul-17 Contributions received September 2017 - Interest | $ 8.68 | $ 5.79 |
| Jul-17 Contributions received October 2017 - Interest | $ 17.35 | $ 11.57 |
| Jul-17 Contributions received October 2017 - LD | $ 173.50 | $ 115.70 |
| Aug-17 Contributions received October 2017 - Interest | $ 6.94 | $ 4.63 |
| Sep-17 Contributions received November 2017 - Interest | $ 8.68 | $ 5.79 |
| Nov-17 Contributions received February 2018 - Interest | $ 13.88 | $ 9.26 |
| Nov-17 Contributions received February 2018 - LD | $ 138.80 | $ 92.56 |
| May-18 Contributions received July 2018 - Interest | $ 13.88 | $ 9.26 |
| Jun-18 Contributions received August 2018 - Interest | $ 18.15 | $ 12.37 |
| Jul-18 Contributions received October 2018 - Interest | $ 29.04 | $ 19.79 |
| Jul-18 Contributions received October 2018 - LD | $ 290.40 | $ 197.92 |
| Sep-18 Contributions received November 2018 - Interest | $ 18.15 | $ 12.37 |
| Nov-18 Contributions received January 2019 - Interest | $ 14.52 | $ 9.90 |
| May-19 Contributions received August 2019 - Interest | $ 29.04 | $ 19.79 |
| May-19 Contributions received August 2019 - LD | $ 290.40 | $ 197.92 |
| Jun-19 Contributions received August 2019 - Interest | $ 18.15 | $ 12.37 |
| Jul-19 Contributions received September 2019 - Interest | $ 14.52 | $ 9.90 |
| Aug-19 Contributions received October 2019 - Interest | $ 18.95 | $ 13.17 |
| Sep-19 Contributions received December 2019 - Interest | $ 30.32 | $ 21.07 |
| Sep-19 Contributions received December 2019 - LD | $ 303.20 | $ 210.72 |
| Oct-19 Contributions received December 2019 - Interest | $ 15.16 | $ 10.54 |
| May-20 Contributions received September 2020 - Interest | $ 56.85 | $ 39.51 |
| May-20 Contributions received September 2020 - LD | $ 379.00 | $ 263.40 |
| Jun-20 Contributions received August 2020 - Interest | $ 15.16 | $ 10.53 |
| Jul-20 Contributions received October 2020 - Interest | $ 63.20 | $ 45.35 |
| Jul-20 Contributions received October 2020 - LD | $ 632.00 | $ 453.44 |
| Aug-20 Contributions received October 2020 - Interest | $ 39.50 | $ 28.19 |
| Jul-21 Contributions received September 2021 - Interest | $ 30.98 | $ 22.81 |
| Aug-21 Contributions received October 2021 - Interest | $ 33.04 | $ 24.33 |
| May-22 Contributions received September 2022 - Interest | $ 99.12 | $ 73.00 |
| May-22 Contributions received September 2022 - LD | $ 660.80 | $ 486.72 |
| Jun-22 Contributions received September 2022 - Interest | $ 68.64 | $ 52.00 |
| Jun-22 Contributions received September 2022 - LD | $ 686.40 | $ 520.00 |

| Total Due on Paid Contributions: | $ 5,159.57 | $ 3,885.63 |
|---|---|---|

| TOTAL AMOUNT DUE ER # | 5189 | $ 102,931.69 | $ 73,364.91 |
|---|---|---|---|

Page 1 of 1

**Employer Name:** Francisco Enterprises Inc
**Address:** 27 Baseline Rd / Oswego IL 60560

**ER#** 5189
**LOCAL:** 673

**Phone:** (630) 673 6598
**Contact:** Luis Esparza

**Review Date:** 01/05/2024

**Period Covered:** July 1, 2022 through November 30, 2023

| Name | | Soc Sec No | Work Month | Welfare Weeks/Hrs | Pension Weeks | Weekly/Hrly Welfare Rate | | Weekly Pension Rate | | Amount Due Welfare | | Amount Due Pension | Employer Number |
|------|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FRANCISCO | ESPARZA | | Jul-22 | 1.00 | 1.00 | $ | 429.00 | $ | 325.00 | $ | 429.00 | $ 325.00 | 5189 |
| GABRIEL | ESPARZA | | Jul-22 | 1.00 | 1.00 | $ | 429.00 | $ | 325.00 | $ | 429.00 | $ 325.00 | 5189 |
| LUIS | ESPARZA | | Jul-22 | 1.00 | 1.00 | $ | 429.00 | $ | 325.00 | $ | 429.00 | $ 325.00 | 5189 |
| ROBERTO | PADILLA | | Jul-22 | 1.00 | 1.00 | $ | 429.00 | $ | 325.00 | $ | 429.00 | $ 325.00 | 5189 |
| JESUS | MARTINEZ | | Sep-22 | 4.00 | 4.00 | $ | 429.00 | $ | 325.00 | $ | 1,716.00 | $ 1,300.00 | 5189 |
| MIGUEL | CAMARENA | | Sep-22 | 4.00 | 4.00 | $ | 429.00 | $ | 325.00 | $ | 1,716.00 | $ 1,300.00 | 5189 |
| FRANCISCO | ESPARZA | | Oct-22 | 5.00 | 5.00 | $ | 429.00 | $ | 325.00 | $ | 2,145.00 | $ 1,625.00 | 5189 |
| GABRIEL | ESPARZA | | Oct-22 | 5.00 | 5.00 | $ | 429.00 | $ | 325.00 | $ | 2,145.00 | $ 1,625.00 | 5189 |
| JESUS | MARTINEZ | | Oct-22 | 5.00 | 5.00 | $ | 429.00 | $ | 325.00 | $ | 2,145.00 | $ 1,625.00 | 5189 |
| LUIS | ESPARZA | | Oct-22 | 5.00 | 5.00 | $ | 429.00 | $ | 325.00 | $ | 2,145.00 | $ 1,625.00 | 5189 |
| MIGUEL | CAMARENA | | Oct-22 | 5.00 | 5.00 | $ | 429.00 | $ | 325.00 | $ | 2,145.00 | $ 1,625.00 | 5189 |
| ROBERTO | PADILLA | | Oct-22 | 5.00 | 5.00 | $ | 429.00 | $ | 325.00 | $ | 2,145.00 | $ 1,625.00 | 5189 |
| FRANCISCO | ESPARZA | | Nov-22 | 4.00 | 4.00 | $ | 429.00 | $ | 325.00 | $ | 1,716.00 | $ 1,300.00 | 5189 |
| GABRIEL | ESPARZA | | Nov-22 | 4.00 | 4.00 | $ | 429.00 | $ | 325.00 | $ | 1,716.00 | $ 1,300.00 | 5189 |
| JESUS | MARTINEZ | | Nov-22 | 4.00 | 4.00 | $ | 429.00 | $ | 325.00 | $ | 1,716.00 | $ 1,300.00 | 5189 |
| MIGUEL | CAMARENA | | Nov-22 | 4.00 | 4.00 | $ | 429.00 | $ | 325.00 | $ | 1,716.00 | $ 1,300.00 | 5189 |
| ROBERTO | PADILLA | | Nov-22 | 4.00 | 4.00 | $ | 429.00 | $ | 325.00 | $ | 1,716.00 | $ 1,300.00 | 5189 |
| FRANCISCO | ESPARZA | | Apr-23 | 5.00 | 5.00 | $ | 429.00 | $ | 325.00 | $ | 2,145.00 | $ 1,625.00 | 5189 |
| GABRIEL | ESPARZA | | Apr-23 | 5.00 | 5.00 | $ | 429.00 | $ | 325.00 | $ | 2,145.00 | $ 1,625.00 | 5189 |
| JESUS | MARTINEZ | | Apr-23 | 5.00 | 5.00 | $ | 429.00 | $ | 325.00 | $ | 2,145.00 | $ 1,625.00 | 5189 |
| MIGUEL | CAMARENA | | Apr-23 | 5.00 | 5.00 | $ | 429.00 | $ | 325.00 | $ | 2,145.00 | $ 1,625.00 | 5189 |
| ROBERTO | PADILLA | | Apr-23 | 5.00 | 5.00 | $ | 429.00 | $ | 325.00 | $ | 2,145.00 | $ 1,625.00 | 5189 |
| FRANCISCO | ESPARZA | | Oct-23 | 4.00 | 4.00 | $ | 449.00 | $ | 341.00 | $ | 1,796.00 | $ 1,364.00 | 5189 |
| GABRIEL | ESPARZA | | Oct-23 | 4.00 | 4.00 | $ | 449.00 | $ | 341.00 | $ | 1,796.00 | $ 1,364.00 | 5189 |
| JESUS | MARTINEZ | | Oct-23 | 4.00 | 4.00 | $ | 449.00 | $ | 341.00 | $ | 1,796.00 | $ 1,364.00 | 5189 |
| MIGUEL | CAMARENA | | Oct-23 | 4.00 | 4.00 | $ | 449.00 | $ | 341.00 | $ | 1,796.00 | $ 1,364.00 | 5189 |
| ROBERTO | PADILLA | | Oct-23 | 4.00 | 4.00 | $ | 449.00 | $ | 341.00 | $ | 1,796.00 | $ 1,364.00 | 5189 |
| FRANCISCO | ESPARZA | | Nov-23 | 4.00 | 4.00 | $ | 449.00 | $ | 341.00 | $ | 1,796.00 | $ 1,364.00 | 5189 |
| GABRIEL | ESPARZA | | Nov-23 | 4.00 | 4.00 | $ | 449.00 | $ | 341.00 | $ | 1,796.00 | $ 1,364.00 | 5189 |
| JESUS | MARTINEZ | | Nov-23 | 4.00 | 4.00 | $ | 449.00 | $ | 341.00 | $ | 1,796.00 | $ 1,364.00 | 5189 |
| MIGUEL | CAMARENA | | Nov-23 | 4.00 | 4.00 | $ | 449.00 | $ | 341.00 | $ | 1,796.00 | $ 1,364.00 | 5189 |
| ROBERTO | PADILLA | | Nov-23 | 4.00 | 4.00 | $ | 449.00 | $ | 341.00 | $ | 1,796.00 | $ 1,364.00 | 5189 |

**Total UNPAID Contributions:** $ 55,263.00 $ 41,915.00

Liquidated Damages 10% UNPAID Contributions over 1 mo. Late ): $ 5,528.30 $ 4,191.50

**Late Payment Interest .5% per mo. on UNPAID Contributions:**

| Work Month | Amount Due Welfare | % Int. | Int. Due Welfare | Amount Due Pension | % Int. | Int. Due Pension |
|---|---|---|---|---|---|---|
| Jul-22 | $ 1,716.00 | 9.50% | $ 163.02 | $ 1,300.00 | 9.50% | $ 123.50 |
| Sep-22 | $ 3,432.00 | 8.50% | $ 291.72 | $ 2,600.00 | 8.50% | $ 221.00 |
| Oct-22 | $12,870.00 | 8.00% | $ 1,029.60 | $ 9,750.00 | 8.00% | $ 780.00 |
| Nov-22 | $ 8,580.00 | 7.50% | $ 643.50 | $ 6,500.00 | 7.50% | $ 487.50 |
| Apr-23 | $10,725.00 | 5.00% | $ 536.25 | $ 8,125.00 | 5.00% | $ 406.25 |
| Oct-23 | $ 8,980.00 | 2.00% | $ 179.60 | $ 6,820.00 | 2.00% | $ 136.40 |
| Nov-23 | $ 8,980.00 | 1.50% | $ 134.70 | $ 6,820.00 | 1.50% | $ 102.30 |

**Total Late Payment Interest Unpaid Contributions:** $ 2,978.39 $ 2,256.95

**Total Due Unpaid Contributions + Liq. Damages + Late Interest:** $ 63,789.69 $ 48,363.45

| Paid Contributions Discrepancies | | WELFARE | | PENSION |
|---|---|---|---|---|
| Jun-23 | Rate Increase June 2023 | $ | 400.00 | $ 320.00 |

| Paid Contributions Interest and Liquidated Damages | | WELFARE | | PENSION |
|---|---|---|---|---|
| Jul-22 | Contributions received September 2022 - Interest | $ | 34.32 | $ 26.00 |
| Sep-22 | Contributions received January 2023 - Interest | $ | 102.96 | $ 78.00 |
| Sep-22 | Contributions received January 2023 - LD | $ | 686.40 | $ 520.00 |
| May-23 | Contributions received August 2023 - Interest | $ | 85.80 | $ 65.00 |
| May-23 | Contributions received August 2023 - LD | $ | 858.00 | $ 650.00 |
| Jun-23 | Contributions received August 2023 - Interest | $ | 42.90 | $ 32.50 |
| Jul-23 | Contributions received October 2023 - Interest | $ | 112.25 | $ 85.25 |
| Jul-23 | Contributions received October 2023 - LD | $ | 1,122.50 | $ 852.51 |
| Aug-23 | Contributions received November 2023 - Interest | $ | 89.60 | $ 68.20 |
| Aug-23 | Contributions received November 2023 - LD | $ | 898.00 | $ 682.00 |
| Sep-23 | Contributions received November 2023 - Interest | $ | 56.13 | $ 42.63 |

**Total Late Due on Paid Contributions:** $ 4,489.06 $ 3,422.09

**TOTAL AMOUNT DUE ER #** 5189 $ 68,278.75 $ 51,785.54